

FILED by ___ D.C.
ELECTRONIC

**November 15, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
### IN ADMIRALTY

PETERS SCHIFFBAU GmbH,

       **Plaintiff**

    -vs-

                              **Case No. 10-62198-Cv-Cooke/Bandstra**

M/Y LE GRAND BLEU, *In Rem,* and
ASH CHURCH HOLDINGS LTD, *In Personam*

         **Defendants**

_____/

## VERIFIED COMPLAINT

Plaintiff, PETERS SCHIFFBAU GmbH, by and through undersigned counsel, sues M/Y LE GRAND BLEU and its owner, ASHCHURCH HOLDINGS LTD, and alleges as follows:

1.    The Court has jurisdiction over this cause pursuant to the provisions of Section 1333 of Title 28, United States Code. This is an admiralty and maritime claim within the meaning of Rule 9(h). This is an action to enforce a maritime lien on a vessel which is authorized by 46 USC Section 31342(a)(2) and is brought pursuant to Rule C(1)(b) of the Supplemental Rules for Admiralty and Maritime Claims.

2.    At all time material hereto, Plaintiff, PETERS SCHIFFBAU GmbH, was and still is a German Corporation, and was and still is the provider of maritime repair services to vessels.

3.    Defendant, MY LE GRAND BLEU, is a 370 feet motor yacht registered in Bermuda. Its owner and manager is Defendant, ASH CHURCH HOLDINGS LTD., whose address is 3rd Floor, Omar Hodge Building, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands. Defendant, MY LE GRAND BLEU, is presently located within this District and

Case No. _____

Page 2

within the jurisdiction of the Court. The M/Y LE GRAND BLEU is presently located at Port Everglades, Broward County, Florida.

4.      At all times material hereto, the M/Y LE GRAND BLEU was owned and operated by ASHCHURCH HOLDINGS LTD.

## COUNT I
## BREACH OF WRITTEN CONTRACT v. ASHCURCH HOLDINGS LTD.

5.      Plaintiff re-alleges and incorporates herein paragraphs 1 though 4, above, as if fully stated herein and further alleges:

6.      On or about February 5, 2010, Defendant, ASHCHURCH HOLDINGS LTD. entered into a written contract with Plaintiff for repairs and refit to the MY LE GRAND BLEU. *See Contract between Plaintiff and Defendant, ASHCHURCH HOLDINGS LTD*, attached hereto as Exhibit 1.

7.      Defendant, ASHCHURCH HOLDINGS LTD. ordered all of the repairs, work and labor listed in the contract to be performed onboard the MY LE GRAND BLEU.

8.      Plaintiff performed the work contracted for and requested by Defendant, ASHCHURCH HOLDINGS LTD., and invoiced Defendant, ASHCHURCH HOLDINGS LTD. for the work performed.

9.      Defendant, ASHCHURCH HOLDINGS LTD breached its contract with Plaintiff, by failing to pay two of the invoices; in particular, despite appropriate demands by Plaintiff, Defendant, ASHCHURCH HOLDINGS LTD failed to pay Plaintiff's invoice dated July 23, 2010 in the amount of EUR 148,848.80 and Plaintiff's invoice dated August 19, 2010 in the amount of EUR 137,455.21. *See Invoices*, attached hereto as Composite Exhibit 2.

10.      As a direct and proximate cause of Defendant, ASHCHURCH HOLDINGS

Case No. _____
Page 3

LTD.'s breach of contract, Plaintiff has sustained damages of EUR 286,304.01, plus prejudgment interest, taxable costs and attorneys' fees.

WHEREFORE, Plaintiff requests the Court enter judgment against Defendant, ASHCHURCH HOLDINGS LTD. in the full amount of Plaintiff's damages, plus prejudgment interest, attorneys' fees and costs.

## COUNT II
## MARITIME LIEN AND ARREST v. M/Y LE GRAND BLEU

11.     Plaintiff re-alleges and incorporates herein paragraphs 1 through 4, above, as if fully stated herein and further alleges:

12.     Plaintiff has a valid maritime lien against the M/Y LE GRAND BLEU for necessaries provided to the vessel as fully set forth in the contract attached as Exhibit 1.

13.     Defendant, M/Y LE GRAND BLEU and its owners have failed and/or refused to make payment on the contact attached as Exhibit 1 and Plaintiff has a direct cause of action against the M/Y LE GRAND BLEU *in rem.*

14.     Plaintiff requests that the Honorable Court issue its warrant for arrest *in rem* allowing the United States Marshal to arrest the vessel.  If this maritime lien is not paid in a timely fashion, Plaintiff will request that the Honorable Court direct the United States Marshal to sell the vessel at Marshal's auction and this maritime lien.

15.     The providing of parts, labor for repairs and expenses for the laborers are all valid maritime liens as fully set forth.

WHEREFORE, Plaintiff request that:

(A)     Process in due form of law according to the practice of this Court issue against the M/Y LE GRAND BLEU, her engines, boilers, tackle,

Case No. _____

Page 4

equipment, furniture, apparel, etc., and that any person, firm or corporation claiming any interest in said vessel may be cited to appear and answer this Complaint; and

(B)     The Court direct that notice of commencement of this suit shall be given by Plaintiff to the owner of the M/Y LE GRAND BLEU and any other persons, firms or corporations having any interest herein or having filed any mortgages or notices of lien against the vessel;

(C)     That Plaintiff have a judgment entered in its favor in the amount set forth above, plus accrued interest, attorneys' fees and taxable costs of this action; and

(D)     Plaintiff be awarded such other and further relief as the Court deems just and proper.

SIGNED this 12th day of November, 2010.

> DeORCHIS, HILLENBRAND &
> O'BRIEN, LLP
> Attorneys for Peters Schiffbau GmbH
> 8751 West Broward Boulevard, Suite 106
> Fort Lauderdale, Florida 33324
> Telephone: (954) 652-0100
> Fax: (954) 652-0103
>
> By: _____
> VINCENT O'BRIEN
> Florida Bar Number 991430

Case No. _____
                                                    Page 5

## AFFIDAVIT VERIFYING COMPLAINT BY
## ATTORNEY OF RECORD (Local Admiralty Rule (A)(5)

Pursuant to 28 USC §1746 and Local Admiralty Rule (A)(5) of the United States District Court, Southern District of Florida, I declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.     I am the attorney of record for Plaintiff and am authorized to make this representation on behalf of Plaintiff's corporate officers;

2.     My source of knowledge, information and belief is from conversations with the corporate officers of Plaintiff and my review of all paperwork provided to me by the Plaintiff that is relevant to this cause;

3.     Plaintiff and its corporate officers are not within the Southern District of Florida at the time of filing this Complaint for the arrest of the subject vessel;

4.     The Verified Complaint filed by Plaintiff is true to the best of my knowledge, information and belief;

5.     Verification is not made by Plaintiff or its corporate officer because Plaintiff is located outside the Southern District of Florida, and the authorization cannot be obtained and filed prior to the vessel that is the subject of the arrest possibly leaving the jurisdiction.


_VINCENT O'BRIEN_
VINCENT O'BRIEN
Attorney of Record

*EXHIBIT 1*

DATED: 05 February 2010

# CONTRACT FOR
# REFIT AND REPAIR

# of MY LE GRAND BLEU

## Project No. 203/10

between

### Peters Schiffbau GmbH
### Am Hafen 6, 25599 Wewelsfleth, Germany

(hereinafter referred to as the "Yard")

and

### Ashchurch Holdings Ltd.
### 3rd Floor, Omar Hodge Building, Wickhams Cay 1,
### Road Town, Tortola
### British Virgin Islands

(hereinafter referred to as the "Owner")

– 2 –

**WHEREAS,**

The Owner intends to have the following operations carried out for its MY "LE GRAND BLEU" (hereinafter referred to as the "Vessel")

> Lloyd's Class Works,
> Required Maintenance Works,
> Requested Maintenance Works,
> Owner's Work List

which are described in greater detail in the Work List **(SCHEDULE 3)**:

The Yard is prepared to carry out such operations as described hereinafter,

**NOW THEREFORE THE PARTIES HERETO AGREE AS FOLLOWS:**

**Article 1      Object of the Contract**

1.1            Obligations

1.1.1          The Yard undertakes to arrange for the renewal of class in close cooperation with the classification society Lloyd's Register (hereinafter referred to as the "Classification Society") and to perform works required for such renewal of class, as described in the listed scope of work, as per SCHEDULE 3.

1.1.2          The Yard undertakes to perform Required Maintenance Works on the Vessel in accordance with the terms of this Contract and the contractual documents referred to under Article 1.2 herein-below.

– 3 –

1.1.3      The Yard undertakes to perform the Requested Maintenance Works on the Vessel in accordance with the terms of this Contract and the contractual documents referred to under Article 1.2 herein below.

1.1.4      The Owner agrees to take redelivery of the Vessel from the Yard upon completion of the works enumerated under Articles 1.1.1 – 1.1.3 above and to pay for the respective works performed upon the terms and conditions set forth hereinafter.

1.1.5      The Yard warrants that the Vessel will be redelivered to the Owner free of any liens, charges, claims and mortgages or other encumbrances whatsoever, except for those that (a) may have been pre-existing on delivery of the Vessel to the Yard or (b) as may have been placed on the Vessel by the Owner during the period of this Contract.

1.2       Priority of Contractual Documents

The Owner's Supply List, the Time Schedule, the General Arrangement Plan dated 05.12.2002 with No. 102-000-001 Rev/Index A, B & C (the "GA Plan"), the Work List and all other drawings approved by the Owner as well as the Yard's General Terms and Conditions (as individually agreed, varied and negotiated between the Parties hereto – SCHEDULE 6) shall be deemed to be incorporated into this Contract. In the event of a conflict between the documents set out below, the following order of precedence shall govern:

(i)     This Contract;

(ii)    Owner's Supply List, **SCHEDULE 1**;

(iii)   Quotations of Peters Schiffbau GmbH dated 31/12/2009, 09/01/2010 and 26/01/2010, **SCHEDULE 2**;

(iv)    The Work List established by the Yard for repairing and refitting the Vessel dated 02/02/2010, **SCHEDULE 3**;

(v)     The existing GA Plan dated 05/12/2002, **SCHEDULE 4**;

(vi)    The Time Schedule dated 01/02/2010, **SCHEDULE 5**

– 4 –

(vii)   The Yard's "Standard Terms of Business for Repair, Modification, Dock and Slip Orders" of the Yard (ST Rep) - Version September 2004 in the amended and agreed form attached as **SCHEDULE 6**

(viii)  The Yard's Standard Document for "Change Orders", **SCHEDULE 7**

(ix)    The "Yard's Price and Service List 2010", **SCHEDULE 8**

(x)     The Nondisclosure Agreement for Subcontractors, **Schedule 9**

All of the above together are herein referred to as the "Contract", unless the context demands differently.

1.3      <u>Documentation</u>

Drawings for exterior and interior design will have to be furnished by the Owner at his cost and within the time limits set out in SCHEDULE 5. Such drawings will have to take into account all other technical parameters of the Vessel and must be such that the Vessel has sufficient stability and can meet all other criteria set out in this Contract.

The Owner will submit necessary technical drawings for Owner's Supplies. In general the scale thereof shall be 1:100, in detailed drawings 1:25.

Applications, drawings and calculations required by the Classification Society shall be established in mutual agreement between the Owner and the Yard and shall be submitted for approval to the Classification Society without delay and at the Yard's cost except for the exterior and interior design drawings.

**Article 2      Scope and Details of Work**

2.1      <u>Building Site</u>

Building site is Wewelsfleth where the works for Lloyd's Class works, Required Maintenance Works, Requested Maintenance Works and work

– 5 –

according to the Owner's Work List will be performed except for necessary preparatory work effected by subcontractors on their own premises.

2.2     Yard's Personnel

2.2.1   The Yard undertakes that Carsten Sötje is confirmed as the Lead Project Manager for the Vessel and will be available at all times during the maintenance period. In the event that Carsten Sötje should not be available for whatever reason the Yard will appoint a substitute Lead Project Manager.

2.2.2   The Yard undertakes to only use qualified personnel. It is in particular the Yard's obligation to provide at its own cost the material necessary for performing its obligations under this Contract except in cases where the Contract stipulates that material and/or labour shall be supplied by the Owner.

2.3     Quality Standard

The Yard performs its work in accordance with the highest standard for commercial yacht building in Northern Europe.

2.4     Classification Society and Rules and Regulations

All of the works to be undertaken on the Vessel under this Contract shall be performed to the satisfaction of the Classification Society and Flag State Authorities.

The Vessel shall be repaired and refitted so as to have the class notation **Maltese Cross 100A1 SSC Yacht (P) Mono 6 G + LMC, UMS, ICE CLASS 1 D** and furthermore shall comply with the rules and regulations of the Classification Society and those set out in the Work List (SCHEDULE 3), all as are in force at the date of this Contract only.

– 6 –

2.5        Subcontractors

The Owner hereby agrees that the Yard shall be entitled to subcontract
parts of its obligations under this Contract provided that the Yard shall
continue to be responsible to the Owner for performance of any work
subcontracted to any subcontractors in accordance with the terms of this
Contract.

2.6        Access / Cooperation

During normal business hours the Owner as well as the Supervisor (as
defined in Article 5) of the Owner and/or his designers shall be entitled to
inspect the object of works of the Yard. Such inspections may take place
independently of where such parts or components are being stored and
where the work is being performed.

The Yard, its subcontractors and suppliers and their employees and agents
shall cooperate with the Owner and the Owner's Supervisor and his
consultants so to enable them to fulfil their duties.

**Article 3        Period of Refit and Repair / Redelivery Date**

3.1        At the following dates – as reflected in SCHEDULE 5 – the Yard shall have
achieved the respective stages of repair and refit work.

(i)        7th February 2010    Commencement of repair and refit work and dry-
docking of the Vessel

(ii)       1st June 2010         Completion and trials and redelivery (referred to
as the "Redelivery Date")

3.2        In case the Owner does not perform any task required of him within the
time limit set out in SCHEDULE 5, the above milestone dates shall be
postponed by the number of days by which such Owner's task is performed
late. Any further legal rights of the Yard arising from such delay remain
unaffected.

– 7 –

**Article 4     Contract Price**

4.1          The Contract Price for all of the work performed by the Yard will be established on a time and material basis for which the offers in the Quotations of Peters Schiffbau GmbH dated 31/12/2009, 09/01/2010 and 26/01/2010, SCHEDULE 2 shall serve as a guideline.

4.2          The works listed in SCHEDULE 3 shall be documented on an "open book" basis whereby the Yard shall submit to the Owner or the Owner's Supervisor by way of substantiated written evidence the quoted costs that the Yard will be charged by its vendors and/or subcontractors to perform the work and payments made.

4.3          The binding Contract Price will consist of

     (i)     The costs for labour and material in accordance with the Yard's Price and Service List 2010 (SCHEDULE 8) and

     (ii)    A ten (10) per cent surcharge on the price of material and invoices from subcontractors to cover the Yard's overheads.

4.4          Not included in the Contract Price are disbursements for residential facilities provided to the Owner's representative by the Yard in the course of the building period and to be agreed and arranged between the Parties.

4.5          The Contract Price shall be paid in monthly instalments for which the Yard shall invoice the Owner on the basis of the building progress and invoices due from subcontractors. Draft invoices will be sent to the Owner for its review within two (2) working days in advance. Should no comments be received by the Yard within that period then it shall transmit the final invoices to the Owner.

Invoices are payable within seven (7) days after receipt by the Owner.

– 8 –

4.6      Within seven (7) days counting from the day of signature of this Contract the Owner will remit to the Yard a down payment of € 250,000.00 (in words: EUR two hundred fifty thousand) to cover costs for preparatory works and purchases of material. Such payment of € 250,000.00 shall be offset against the second instalment of the Contract Price.

**Article 5**      **Owner's Supervisor**

5.1      The Owner's Supervisor will be

**Mr. Oliver Lister**

or any other person named in writing as his or her substitute (the "Substitute"), whom the Owner authorises to act on his behalf within the framework of this Contract.

5.2      Rights and duties of the Supervisor

The Owner shall inform the Yard in writing of the extent of the Supervisor's authorisation to undertake decisions on behalf of the Owner. The Supervisor shall in particular control the performance of the works enumerated under Articles 1.1.1 – 1.1.3 above and give in writing to the personnel appointed by the Yard reasonable remarks concerning any deficiency or defect he may have observed in this respect and which shall then - if accepted - be remedied by the Yard without delay.

**Article 6**      **Modification / Supplementary Work**

The Yard agrees to make any reasonable alterations, additions or modifications to the Vessel requested by the Owner or its Supervisor – who shall be duly authorised by the Owner to make such requests – as long as such modifications will not in the Yard's reasonable opinion adversely and materially affect any other commitments of the Yard. Any modifications

– 9 –

and/or supplementary works shall be conducted under the terms of a written agreement between the Parties that shall be made on a standard form as per SCHEDULE 7 prior to the commencement of the modification and shall set forth any change in the Contract Price, technical data and/or Redelivery Date of the Vessel.

**Article 7     Insurances**

7.1     During the currency of the Contract the Owner will maintain its Hull & machinery and Protection & Indemnity Insurance for the Vessel and will arrange for the Yard to become co-insured for such period.

7.2     In the event that for complete and satisfactory insurance cover the Yard should require to take out additional insurance then the Owner undertakes to pay the premiums for such additional insurance.

**Article 8     Sea Trials and Acceptance of the Vessel**

Upon completion of the works enumerated under Articles 1.1.1 – 1.1.3 above sea trials shall be carried out in the Baltic Sea or the North Sea before the Vessel's redelivery. The terms and conditions of the sea trials shall be as per the Work List (SCHEDULE 2) and to the satisfaction of the Classification Society. The Owner shall be given five (5) running days notice of the time and place of the sea trials. Owner's failure to attend shall entitle the Yard to conduct the sea trials in the presence of the Classification Society only whose certificate shall then confirm the sea trials' result. If the results of the sea trials demonstrate that the Vessel or any part or equipment thereof does not conform to the requirements of the Contract the Yard shall take all necessary steps to rectify such non-conformity without delay. Subsequently it shall either once again present the Vessel to the Owner for redelivery or, if necessary, carry out further sea trials.

– 10 –

In the event of a dispute about whether or not the Vessel is ready to be accepted by the Owner such dispute shall be decided by the Classification Society whose decision shall be final and binding upon both Parties.

**Article 9     Warranty**

For a period of twelve (12) calendar months (the "Warranty Period") following the redelivery and acceptance of the Vessel the Yard shall be obligated to repair any defect which may have developed on the Vessel or any part thereof having been the object of the works enumerated under Articles 1.1.1 – 1.1.3 above performed by the Yard during the period of this Contract, provided that such defects are not a result of normal wear and tear, misuse, negligence or accident or the result of bad maintenance or improper handling by the Owner or crew or any other person acting on Owner's request of the whole Vessel as well as of her particular parts.

The Yard shall remedy all aforesaid defects as more closely described in Cl. IX. 4 of SCHEDULE 6. The Warranty Period shall be extended for replaced parts for a further period of six (6) calendar months always provided that this six (6) months additional warranty does not elapse or expire more than eighteen (18) calendar months after the redelivery of the Vessel.

After redelivery of the Vessel the Yard's responsibility in respect of or in connection with the Vessel shall be limited to the above warranty and under no circumstances and on no ground whatsoever, the Yard shall have any further reaching liability, in particular for any consequential losses.

**Article 10     Delay in Redelivery**

10.1     If the Vessel is not redelivered on the Redelivery Date with adjustments as per Articles 3.2 and 6. above, the Yard shall not be required to pay any liquidated damages for the first seven (7) days. The Yard shall, however,

– 11 –

pay to the Owner € 7,500.00 (in words: EUR seven thousand five hundred) per day.

10.2    The total amount of liquidated damages, however, shall not exceed € 150,000.00 (in words: EUR one hundred fifty thousand).

10.3    The Yard undertakes to immediately inform the Owner in writing of any event likely to give rise to a delay in redelivery.

**Article 11    Confidentiality**

11.1    The Parties agree that at all times during the works enumerated under Articles 1.1.1 – 1.1.3 above of the Vessel and after the Delivery Date they shall hold in confidence and not disclose to any third party any information not known to the public of any nature whatsoever in relation to the Vessel ("Confidential Information"), unless the disclosure of any or part of the Confidential Information is requested by government authorities and/or required by any applicable law. The Parties agree to instruct their respective directors, employees, servants or agents not to disclose all or any part of the Confidential Information without being authorised to do so. The Contractor may, however, not without the prior written consent of the Owner communicate to its Subcontractors such technical information relating to the Vessel that is indispensably required for performance of the respective Subcontractor's scope of work.

11.2    The Yard will ensure that the subcontractors sign the agreed Non-disclosure Agreement attached as **SCHEDULE 9** before they are formally instructed and a copy of same to be made available to the Owner on demand.

– 12 –

**Article 12     Redelivery, VAT and Export Documentation**

12.1          The Vessel will be redelivered under the Yard's supervision and direction
              on or before the Redelivery Date to the Owner safely afloat in international
              waters outside the European Union at a location to be agreed between the
              parties. Risk and costs for the transfer of the Vessel from the Yard to the
              place of redelivery will be borne by the Owner.

12.2          The Owner will upon redelivery of the Vessel co-operate with the Yard to
              fulfil all customs formalities in order to obtain the custom's documentation
              (written as evidence), necessary for the Yard to prove the export of the
              Vessel from the European Union, and failing the Owner's reasonable co-
              operation the Owner will reimburse the Yard for any VAT debited by the
              German Tax Authorities.

**Article 13     Commissions**

              The Yard warrants that it shall not receive or pay any commissions, fees or
              other financial inducements from/to third parties as a result or as part of the
              works, and shall disclose any and all requests by a third party to the Owner
              in writing immediately.

**Article 14     Law and Jurisdiction**

              This Contract shall be governed by and construed in accordance with the
              laws of England.

              The Parties hereto irrevocably agree that the High Court of England and
              Wales in London, United Kingdom, has the exclusive (except to the extent
              this Contract provides for a decision of the Classification Society)
              jurisdiction to settle any disputes that may arise out of or in connection with
              this Contract and said parties submit to the jurisdiction of said High Court of
              England and Wales.

— 13 —

**Article 15     Entire Agreement**

This Contract constitutes the entire agreement between the Parties and no promise, undertaking, representation, warranty or statement by either Party prior to the date shall affect this Contract. Any additional alteration of the Contract shall only be valid if made in writing.

**Article 16     Documentation**

Upon acceptance of the Vessel by the Owner the Yard shall provide the latter with the following documents related to the Yard's works:

(i)     One set of drawings for all repair work (1 x paper, 1 x CD-ROM) which the Yard has performed according to such drawings;

(ii)     One set of drawings for all refit work (1 x paper, 1 x CD-ROM) which the Yard has performed according to such drawings;

(iii)     Copies of drawings available at the Yard of all historic work carried out (1 x paper, 1 x CD-ROM) which the Yard has carried out in the past;

(iv)     All protocols of the results of checks and tests effected and certificates issued by the Classification Society;

(v)     Declaration by the Yard that it has effected all of the works enumerated in Articles 1.1.1 − 1.1.3 above at the free and sole disposal of the Owner and that such works are free from liens, charges or other encumbrances;

(vi)     A complete commercial invoice.

Place/Date   *Wewelsfleth, 24.2.10*

PETERS SCHIFFBAU GmbH
25599 Wewelsfleth

The Yard

Place/Date
*Cyprus / 9 February 2010*

The Owner

SCHEDULE 1

## <u>Owner's Supply</u>

1.  **Shell door incl. contractual obligations**
    Beach Club Door supplied by Winel B.V., reference to order no. 80177 dated 01-12-09

2.  **Murray & Associates, LLC.**
    Interior and Exterior drawings, Structural and other class relevant drawings
    all relevant calculations and drawing approval process for class and flag state

3.  **AV/IT/Security supplier**
    Technical information and supplies of AV/IT/Security equipment

4.  **SAM Electronics GmbH**
    Technical information and supply of     A) Navigation and Communication System
                                            B) Automation System

SCHEDULE 2

**MY "LE GRAND BLEU"**
**Attn.: Mr. Oliver Lister**
**Attn.: Mr. Claus Marwitz**

**via E-Mail:** **captain@my-lgb.com**
**oliver@oliverlister.com**

Wewelsfleth, 26 January 2010
Managing Director
Mark Dethlefs ☎ +49(0)4829/71-263/ Jü
Project Manager
Carsten Soetje ☎ +49(0)4829/71-261

**Project "REFIT 2010 LGB"**
**Quotation based on Dry Dock Specification dated 12.01.2010 and**
**Budget sheet 10.01.15LGB_refit_2010_Rev02.xls**

Dear Mr. Lister,
dear Mr. Marwitz,

Following the meeting on the 13th to 15th of January 2010 at our shipyard we thank you for the cooperative spirit and look forward to working with you in the next months.
We appreciate the confidence in our shipyard and acknowledged the e-mail dated 15th January stating that MY "LE GRAND BLEU" is on the way to Wewelsfleth to carry out their classification works. We are currently preparing the arrival and would like to have confirmation for the total scope of work to prepare the shipyard period adequately.

As we promised in the meeting on the 15th of January we have calculated fixed or budget prices for the remaining items of the Budget Excel sheet which we developed together with you during our last meeting.

Please note that some items of the budget / fix prices require adjacent/ additional work which could not be priced out at the moment due to the unknown scope, or will be carried out after foregoing inspection.
We also used the time to detail the calculation of the beach club conversion by having received new offers and revised drawings. Therefore we have revised the budget price.

| 1.10 | **LGB Modifications Beach Club** | **Budget Price   1.490.000,00 €** |

**(revised offer, to replace the description and pricing of this item in our offer dated 09/01/2010)**

Conversion of the Cabin Deck aft from frame -4 to frame 25:
  A) Modification of SPA area
  B) Development of a Beach Club
  C) Conversion of the existing Sauna beneath the exterior steps to a day head

The calculation is based on the following drawings:
- Winel shell door: 16.93.00 RevB GA Terrace LGB.dwg submitted by Winel on 04/01/2010
- Winel shell door: 16.93.00.02 Hinge proposals.zip
- M-734-1000-F (Beach Club Arrangement).dwg submitted by Murray & Associates on 20/01/2010
- Arrangement of Beach Club: M-734-2214-B (Beach Club Structural Mods).zip submitted by Murray & Associates on 13/01/2010
- Arrangement of the SPA Area: M-734-2215-C (Health Club Structure Mods).zip submitted by Murray & Associates on 20/01/2010
- Renderings submitted by the Captain of MY "LE GRAND BLEU" (6 in total)
- Detail drawing of the Day Head: M-734-1003 (Cabin Deck aft WC).pdf submitted by Murray & Associates on 06/01/2010

The design is described as follows:
- The design of the SPA are including Sauna and steam bath will be kept as already existing
- The Beach Club will have the same style as the existing owner's corridor on the cabin deck frame 3 to 15 on portside

- The design of the day head will be as described in the submitted detail drawing (see above)

Work description:
- Removal of the existing Interior by saving the existing electrical connections.
- Disconnecting electrical components (incl. AV items), relocation of existing switch boards and break resistors in corridor portside to toy store aft
- Remove insulation
- Remove piping of HVAC, Hi-Fog and infrastructure pipes (sanitary, scuppers...) as far as practical
- Remove bare floor
- Remove the existing steel structure and support remaining structure as per drawings of Murray & Associates (see above)
- Installation of closing steel plates and stiffeners as per drawing of Murray & Associates (see above)
- Arranging new access to the aft portside mooring station
- Cut out clear opening for new shell door of Winel (owners supply) and install door as per drawings of Murray & Associates (see above)
- Supply and integration of 4 pcs. new A60 doors to replace the existing glass doors
- Supply and integration of escape hatch and ladder in the beach club as per drawings of Murray & Ass.
- Connecting the door to the existing central hydraulic system and connect electrically to the ships power and monitoring system (by using to signal of the existing crew door)
- Touch up painting behind linings of the damaged steel areas
- Install insulation as required by drawing of Murray & Associates
- Rearrange sanitary piping incl. deck penetrations as per layout and Interior Outfitter
- Rearrange cabling to the demands of the net space drawings

- Survey and Preparation of Net Space Drawings incl. detailed bare wall outline drawings taking into account all impacts through steel structure, insulation, air conditioning, pipeline construction and electrical planning (basis for Interior work shop drawings). Arrangement of lighting, air slots, speakers, AV/IT equipment, switches, smoke detectors, PA/GA, hi-fog and fire extinguisher stations
- Preparation of Interior work shop drawings
- Installation of bare floor
- Production and Installation of the Interior Outfitting including a steam bath with new equivalent steam generator (arranged in the same position) and a sauna
- Supply and install fixing points in the teak deck
- HAT of Sauna & Steam Bath
- Supply and Installation of teak on the Winel shell door with inspection hatches for cylinders and gratings to fill the window holes
- FAT & HAT of shell door to satisfaction of LRS
- Connection of sanitary and new electrical equipment
- Connection of HVAC without upgrade of existing system
- Installation of teak flooring in the passage way and Landing Craft Store continuing the existing design from the toy store (as per above drawings).
- Covering technical equipment in the Landing Craft Store fwd./ Toy Store aft & Building Storage in the existing material in the Toy Store aft as per general layout.
- Rearrangement junction boxes on the aft wall of the Toy Store and repositioning of shelf in the corridor towards the Landing Craft Store (as far as practical)
- Painting of floor in the Toy Store
- Painting of Rope Store
- General cleaning after finalizing the works

Inclusions:
- Fire watch
- Gas freeing of spaces of hot works
- Necessary staging and lighting
- Cranage of goods
- Disposal of removed material
- Protection of the areas

Exclusions:
- Murray & Associates to provide:
  - class approved structural and class drawings for the conversion (e.g. fire protection, escape way)
  - class approved main drawings of the ship with the alterations included for documentation
  - client approved Interior Detail Design drawings for the converted/ generated areas
- The ship to cover costs of the flag state and classification society for drawings approval and survey
- Railings, whips, cleats, bathing ladder could not be included due to unknown scope
- Exterior Painting of hull/ shell door will be included under "Painting" of the dry-dock specification
- Loose furniture to be supplied by the owner
- Supply and commissioning of AV/IT/Entertainment/Security equipment (Triton Technical)
- Winel shell door as offered by Winel order no. 80177
- Central lighting system (if required)

| | | | |
|---|---|---|---|
| **1.16** | **Steering Gear Maintenance** | **Budget Price** | **59.800,00 €** |

Draining all oils from the unit and disposing to appropriate shore facility,
tank cleaning,
disconnect all associated pipe work to allow removal,
disconnect cables from motor unit,
removal of ram,
transport of pumps, ram and motors,
remove pumps and motors to workshop.

Dismantle pumps, ram and motors and clean rotor and stator.
Refit with new parts as required with bearings and parts.
Refit with satisfactory insulation testing and electrically tested.
Renew ram seals of the steering ram.
Replacing oil sample valves.
Alteration of visualization at switchboard.
Re-assemble pumps and motors.
Re-assembly of all parts, mounting on board and re-connecting.
Re-assembly of all associated pipe work
Cleaning of area, setting to work, testing.
Hand over to crew and classification as required.
These works are only possible, when the stern thruster will be removed or dismantled.

Spare parts are not included in this quotation.
Re-painting of area is not included in this quotation.

**1.23**   **Emergency Generator Room Repair**          **Budget Price**      **20.250,00 €**

Removing the deck covering, grinding and fixing the crack (approx. 150 mm) as shown on board, fixing the new deck covering and do the filler work. The protecting of the area where the work will be carried out. Also the painting in the emergency generator room is included (Due to the unclear scope of work and the fact that the access to the crack is not given, a budget price could be fixed after opening up the flooring and defining the full scope of work).

| 1.24 | **Fuel Day Tank Repair** | **Fix Price** | **29.490,00 €** |
|---|---|---|---|

Fuel oil day tank is to be pumped out by the ships engineers. All remaining fuel will be pumped out in a shore tank. The day tank will be cleaned to the gas free certificate and ventilated for the inspection by the ships engineers and classification. The yard will prepare the weld and re-weld the leakage according to the satisfaction of the chief engineers. After the complete welding of the leakage the ship engineers will control the tank for cleanness and the yard will do the pressure testing of the day tank including protocol.

| 1.30 | **Sliding Fire Door Overhaul** | **Budget Price** | **53.420,00 €** |
|---|---|---|---|

Overhaul of the mechanism and cleaning of 14 sliding fire doors, included protection areas, survey by LRoS with ultra sonic test, not included is the access.
Spare parts are not included in this quotation.
Re-painting of area is included in this quotation.

| 1.31 | **Watertight Doors Overhaul** | **Budget Price** | **63.980,00 €** |
|---|---|---|---|

Overhaul of the mechanism, hand pumps and remote stations of 14 watertight doors, included protection areas survey with LRoS with ultra sonic test, not included is the access to the working areas.
Spare parts are not included in this quotation.
Re-painting of area is included in this quotation.
The quotation deviates from the specification because of LRoS approval.

**ALTERNATIVELY:**

| (20.7) | **Watertight Doors Overhaul** | **Budget Price** | **159.890,00 €** |
|---|---|---|---|

All water tight doors (Hydraulic Doors) to be removed, cleaned, de-scaled and painted, retainers and compression to be cleaned of scale and rust and re-coated, gaskets to be renewed.

All hydraulic systems to be removed and overhauled. The system is to be filled with new oil. Upon re-installation the water tight doors are to be hose tested in the presence of and in accordance with classification requirements.

| | | | |
|---|---|---|---|
| 1.34 | **Generator 1 – 3, Overhaul** | **Budget Price** | **89.540,00 €** |

Measuring of alignment engine / generator. Dismantling of 8 pcs. injection pipes and valves. Inspection of liner and piston with borescope. Dismantling of 2 pcs. charge air cooler, cleaning and pressure testing with new gaskets. Replace vibration damper. Dismantling of pro act actuator for inspection. Dismantling exhaust turbo charger and assembly after overhaul. Visual checking of coupling, linkage and starter. Assembly of all systems and controlling of function and leaks, testing of the alarm- and safety system. Test run with recording of all necessary engine parameters. The complete offer is based on the offer from Wärtsilä dated 13.01.2010. Paint work is not included in the Wärtsilä offer, but the paint work for the damaged parts is incl. in the yard offer. Also cleaning is included in the yard offer.

| | | | |
|---|---|---|---|
| 5.2 | **Life Boat Davit Overhaul** | **Budget Price** | **50.350,00 €** |

Removal and overhaul of the life boat davit included spare parts from DAVIT INTERNATIONAL and crane working for overhaul.
Included sandblasting and new coating.
Included our yard works.
The working time of DAVIT INTERNATIONAL for supervision is not included.

| | | | |
|---|---|---|---|
| 5.7 | **Electric Valve Actuators** | **Budget Price** | **112.300,00 €** |

Disconnect electrical valve actuator.
Disconnect all associated pipe work and flanges to allow removal.
Disconnect cables from motor unit.
Remove electrical valve actuator pump.

Renewal of seals and gaskets.
Transport of electrical valve actuator.
Remove electrical valve actuator to workshop.
Disassemble pump inspecting spindle, motor brush,
renewal of valve seat and plate.
Refit with new parts as required with new seals and
bearings and parts.
Refit with satisfactory insulation testing and
electrically tested.
Reassemble and refit electrical valve actuator.
Re-assembly of all parts, mounting on board and re-
connect.
Re-assembly all associated pipe work and flanges.
Inspection of switchboard.
Inspection of electric cables.
Cleaning of area.
Re- painting of unit.
Setting to work.
Testing.
Hand over for crew and classification as required.

List of the following systems with electrical valve
actuators for described scope of work:
FO Bunkering and transfer system
FW Bunkering and transfer system
WB transfer system

Spare parts, seals and bearings are not included in
this quotation.
Re-painting of area is not included in this quotation.

**5.12**   **AC Machines Overhaul**                    **Budget Price**          **76.700,00**

Overhaul of 3 AC-chillers, consisting of two screw
and one piston machine. All gauges, expansion
valves and safety devices to be reconditioned and
tested. Three-way raw water valves to be overhauled
and made operational. Evaporators to be cleaned
(from standard deposits). Replacement of coils and
connection to existing system. Test run with
temperature and flow measurements.

Spare parts are not included in this quotation.
Re-painting of whole area is not included in this quotation.

| | | | |
|---|---|---|---|
| **5.12.1** | **AC Machines Overhaul** | **Budget Price** | **23.950,00 €** |

Removal of AC-machine motors for overhaul. Includes removal, transportation, overhaul and reinstallation. Issue of electrical test report. Fittings of new bearings for the motors. Replacement of coils and connection to existing system. Test run with temperature and flow measurement. Cleaning and painting the damage parts only, not the whole area.

| | | | |
|---|---|---|---|
| **5.12.3** | **Cinema AC Unit Overhaul** | **Budget Price** | **24.330,00 €** |

Revised scope of work according to the e-mail from chief engineer to Imtech. Replacement of existing AC-compressors (2 pcs.) for the cinema area. Discharge of refrigerant and oil, incl. disposal. Refill with refrigerant and oil. Brushing of corroded spots and painting with protecting coat. Installation of additional vibration pads to resolve the vibration problem. Installation of a non return flap to solve the oil separation issue. New gas lines are not included in this offer.

| | | | |
|---|---|---|---|
| **5.13** | **HVAC Uptake Cleaning** | **Budget Price** | **41.150,00 €** |

Galley ducts, hoods and fans to be cleaned, degreased and disinfected. Laundry ducts, dryer and fans to be cleaned from lint and dust. Deviating from the specification Imtech quote the exhaust duct cleaning as follows: All exhaust intakes (gills & nozzles) will be cleaned as far as accessible. Total of 52 exhaust grills, 88 exhaust nozzles, 62 slot boxes and 11 exhaust fans are included. Rainfall exhaust distribution is not included due to anticipated access problems. After the intake the duct / pipe will be cleaned until the first branch. Exhaust ducting and fans inside the fan room will be cleaned.

Case 0:10-cv-62198-MGC   Document 1   Entered on FLSD Docket 11/15/2010   Page 31 of 106

Because of access problems (glued ceiling panels)
no further cleaning is included. Exhaust intakes,
ducts and fans for areas as stated in "drydock
specification". New and spare parts are not included.
Only the damaged steel part from the cleaning will be
touched up by the painter.

| | | | |
|---|---|---|---|
| 5.14 | **Swimming Pool Maintenance** | **Budget Price** | **3.460,00 €** |

Company GHP will come to the yard shortly after
arrival and will inspect the whole equipment.
For this they have planned 2 people for two days.
After this inspection they will send us a complete
offer for the maintenance and requested refit works.

| | | | |
|---|---|---|---|
| 5.19 | **Elevator Service** | **Fix Price** | **2.900,00 €** |

Yearly inspection of the three elevators. The
elevators will be maintained by company "Lutz".
Included in the offer are the travelling costs and the
lubrication material. New and spare parts are not
included and will be charged separately afterwards.

| | | | |
|---|---|---|---|
| 5.22 | **Water Boiler Inspection** | **Fix Price** | **11.740,00 €** |

Draining, cleaning and disconnecting the electrical
connection from the hot water boiler. Open the hot
water boiler for inner inspection. After inspection by
the classification society assembly of the hot water
boiler and bringing the boiler back in operation.
Checking of the safety valves and visual inspection of
the gauges included. Painting of the damaged parts
of the hot water boiler is included. Spare parts are not
included and will be charged separately afterwards.

LGB-offer_260110                    page 11

31 of 106

| 5.17 | **Fireplace System** | **Budget Price** | **56.680,00 €** |

The five fire places controlled by induction fans and
auto closing dampeners will be overhauled.
All fire places will be disassembled to expose all
electrical and mechanical components.
The fire place controls are to be checked and if
necessary renewed.
The fire places and safety systems to be tested in the
presence of classification and crew.

| 6.4 | **Main Engines Overhaul** | **Budget Price** | **62.430,00 €** |

Measuring of crank web deflection and measuring of
alignment of engine gearbox. Dismantling / assembly
of 16 pcs. injection valves (overhaul in workshop in
Hamburg). Dismantling / assembly of two units for
inspection of one unit each side. Inspection pistons
and connecting rods, visual inspection of all systems.
Inspection of fuel pumps. Inspection of engine
foundation, control linkage, main running gear and
gear train. Dismantling / assembly of main start air
valve. Dismantling, controlling, cleaning, new sealing
and assembly of start air distributer. Visual checking
of gear drive, fuel rack and pilot air line. Assembly of
all components with new gaskets and bearings after
overhaul. Controlling system of function and leaks.
Testing of alarm and safety system. Running in
program and test run with recording of all necessary
engine parameters. All cleaning, transport, welding or
paint work at the engine room is not included in the
Wärtsilä offer. All works exceeding this a.m. scope of
work will be offered and charged separately. The
inspection / test from the new installed safety and
remote control system of "SAM" is not included. The
yard offer includes the cleaning and painting of the
damaged parts. Transport to the Wärtsilä workshop is
included in the scope of work of Wärtsilä.

| 8.1.1 | **Main Breakers Overhaul** | **Budget Price** | **19.990,00 €** |

Removing all 11 Siemens Main Breakers (6xDG,
4xBow, 1 Pump) and testing. Also the 2 spare
breakers will be tested.
Dismounting breakers,
Transport of breakers,
Remove and test all 11 Siemens Main Switchboard
breakers plus 2 spare breakers in workshop.
Testing of all electrical and mechanical interlocks and
trip.
Re-assembly of breakers.
Testing all electrical and associated machinery.
Provide full service report and certificate for all
breakers.

| 8.1.2 | **Main Switchboard Maintenance** | **Budget Price** | **32.010,00 €** |

Electrically isolating and proving dead main
switchboard.
Open all 15 field cubicles of main switchboard,
inspecting & cleaning all bus-bars and cubical
terminals,
Re-torque all bus-bar connections acc. to
switchboard specification,
replace defective components,
re-assembly of all parts and re-connection.
Close all 15 field cubicles of main switchboard.
Cleaning of area, setting to work, testing.
Hand over to crew and classification society.
Function test with class surveyor at sea trials.

Spare parts are not included in this quotation and will
be charged separately afterwards.
Re- painting of area is not included in this quotation.

| 8.1.0 | **Navigation Lights** | **Fix Price** | **4.440,00 €** |

To be removed and replaced by new Aqua Signal
Navigation Lights. Protecting and sealing of the
elements. Navigation lights to be approved by C/ENG
& C/OFF. Installation will be done by the Crew.

| 8.9 | **Bow Thruster Pump Jet Inverter** | **Budget Price** | 204.710,00 € |
|-----|-----|-----|-----|

The price includes all shipyard works for transportation and integration of the new equipment. Two hull openings for the inverters are necessary. Touch up painting and cleaning is also included. In detail the following converters will be changed: Isolate and remove inverter PDL for pump jet. Replace with new converter SD7_1150_55-12/6 - 700 kW. The system will be modified and commissioned by Specialist Service Engineer. The complete pump jet will be tested as part of sea trials.

Isolate and remove inverter PDL for bow thruster 2. Replace with new converter SD7_0460_55-12/6 - 300 kW. The system will be modified and commissioned by specialist service engineer. The complete bow thruster 2 will be tested as part of sea trials.
Isolate and remove inverter PDL for bow thruster 1. Replace with new converter SD7_0460_55-12/6 - 300 kW. The system will be modified and commissioned by specialist service engineer. The complete bow thruster 1 will be tested as part of sea trials.

| 10.1 | **Rudders, Clearance Measurement** | **Fix Price** | 18.830,00 € |
|-----|-----|-----|-----|

Installation of two scaffoldings at the both rudders. Dismantling and assembly of the flanges of the lower rudder trunk. Measuring of clearance of both rudder bearings, and to be recorded. Measurement protocol to be handed over to the owner reps and LRoS surveyor. The painting after assembly is included. New and spare parts are not included and will be charged separately afterwards.

| 11.1 | **Main Gear Boxes** | **Fix Price** | **8.500,00 €** |

Open the inspection hatches at both main gear boxes for LRoS survey. After LRoS inspection assembly of the inspection hatches with new gaskets. Painting of the inspection hatches is included. New or spare parts are not included!

| 11.2 | **Alignment check and adjustment** | **Budget Price** | **40.900,00 €** |

Dismantle the Vulkan coupling between engine and gearbox, check the alignment and adjust if necessary. Assembly after re-alignment. New chock fast foundation is included in scope of work. Painting from the touched part is included. New and spare parts are not included and will be charged separately afterwards.

| 20.21 | **Compass Swing** | **Fix Price** | **1.000,00 €** |

During sea trial compass adjustment, incl. certificate

| 24. | **Support Work for AV/IT/ Security Supplier** | | |

Due to the unclear supplier and scope of work for this, an interface matrix could not be developed which would clarify the yard assistance.

Our offer is based on our "General Business Conditions for Repair, Conversion Dock and Slip orders", dated September '04, see attached.

Trusting to have made an attractive offer, and looking forward to receiving your highly appreciated reply,

Yours sincerely

Mark Dethlefs
Managing Director

SCHEDULE 2

**MY "LE GRAND BLEU"**
**Attn. Mr. Marwitz**

**via E-Mail: captain@my-lgb.com**

Wewelsfleth, 31 December 2009
Managing Director
Mark Dethlefs ☎ +49(0)4829/71-263/ Pio
Project Manager
Carsten Soetje ☎ +49(0)4829/71-261

**Project "REFIT 2010 LGB"**
**General Project Information**

Dear Mr. Marwitz

Thank you for your support at our visit in St. Maarten from the 19th to 21st of December. Due to the lack of time we have separated our offer.

Within this offer you will find:

1. Construction and assembly of a bulbous bow to MY "LE GRAND BLEU" [1.10]
2. Portside Main Engine works for classification survey [1.3]
3. Cleaning and insulation of exhaust funnel [5.10]
4. Provision on crew office, day rooms and kitchen
5. Provision of crew working heated shed
6. General price list of Peters Schiffbau GmbH (as attached) [several]

The pricing for the work list (as far as practical) and budgets for options will follow by the end of 1. cw of 2010.

1. Construction and assembly of a bulbous bow to MY "LE GRAND BLEU"
   - Purchase of the necessary steel plates and profiles
   - Cutting steel parts as per provided data of the naval architect
   - Strip the edges of steel parts as necessary
   - Produce bending models, bending of shell plating
   - Prefabrication of steel module on staging
   - Welding of seems and grinding of edges to the quality of German
     Shipbuilding Standard and satisfaction of Lloyds Register
   - Exterior and interior coating of section (Primer) as required by the
     paint manufacturer
   - Transportation of section into the dock and erecting of necessary
     support structure and staging
   - Open up existing shell plating and integration of the bulwark as per
     naval architect drawings
   - Purchase and integration of manholes as per naval architect
     drawings
   - Ventilation flaps and air pipes will be integrated
   - Inspection with surveyor of Lloyds Register until satisfaction of LRS
   - Coating of the interior touched areas (Primer and final coating)
   - Appliance of the exterior ice coating and antifouling is not included

   Exclusions:
   - Murray & Associates, LLC. will provide the workshop drawings
   - Murray & Associates, LLC. will handle Lloyds Register approval for
     the workshop and integration drawings
   - The ship will take over the costs for classification society
   - Due to the change of ships theoretical data it is expected that the
     main drawings & certificates have to be changed and handed in to
     L.R.
     for approval

   Note:
   This quote is based on the drawings provided by Murray & Associates,
   LLC.
   S-S-0555-200-1000-00506-01-C.DWG
   S-S-0555-200-1000-00506-02-C.DWG
   S-S-0555-200-1000-00506-03-C.DWG
   S-S-0555-200-1000-00506-04-C.DWG

   The steel section will have an approx. weight of 43 tons.

   Price for Stainless Steel 1.4571 shell
   with internals of AH36:                            473.774,00 €

   Price for AH36 internals and shell

with stainless steel visors for anchor chain:          **342.702,00 €**

Delivery time after receipt of class approved workshop drawings:
10 weeks

**2.** Portside Main Engine works for classification survey

Classification requirements/ works:
a. Opening of two cylinder heads
b. Pulling of two pistons incl. connecting rods
c. Checking the coupling between main engine and gear box

Yard work incl. Deutz service engineer:
- Dismantling of exhaust gas pipes cover
- Draining of cooling water and dismantling of cylinder heads
- Pulling of piston out and checking piston rings and cylinder line with
  class
- Checking of connection rod bearing with class
- Dismantling of flexible coupling cover and checking coupling with
  class
- Completion of mounting from main engine after inspection by class
- Cleaning of the area around starboard main engine

Price without spare and new parts          **16.680,00 €**

**3.** Cleaning and insulation of exhaust funnel

- Open up ceiling in necessary rooms
- Erect staging for access
- Removal of insulation for access into funnel Removal of insulation on
  exhaust pipes of:
  - Main engine PS
  - Main engine STB-side
  - Auxiliary engines 1 – 3
  - Emergency generator

As the funnel casing could not be inspected during our visit we have
included a scope of repairs:
Carry out repairs on the existing exhaust system in the scope of 220
man hours and 21.000,00 €.

- Cleaning of exhaust funnel with chemicals and water, disposal of
  contaminated water mixture
- Repainting of funnel casing including paint supply

- Insulation of exhaust pipes from engines to outlet

| Subject | | meters |
|---|---|---|
| funnel casing | | 52,00 |
| funnel casing | | 26,00 |
| silencer | Ø 3,00 | 9,00 |
| silencer | Ø 2,00 | 9,00 |
| spark arr. | Ø 1,20 x 1 | 3,00 |
| pipe insulation | DN125 | 15,00 |
| pipe insulation | DN350 | 70,00 |
| pipe insulation | DN450 | 40,00 |
| pipe insulation | DN700 | 6,00 |
| Ø 1,20 x 6 | Filter | 18,00 |

- Insulation and closing of access openings

Price with new "isover" insulation             **411.784,00 €**

We recommend to upgrade the insulation to the material
of "microtherm" for better air flow in the funnel casing
due to savings of material thickness.

Price with new "microtherm" insulation          **453.072,00 €**

**4.** Provision on crew office, day rooms and kitchen

Price per month                                 **1.850,00 €**

**5.** Provision of crew working heated shed
excluding electrical heating

Price per month                                 **750,00 €**

**6.** General price list of Peters Schiffbau GmbH (see attachment)

LGB-offer_311209                    page 4

Our offer is based on our "General Business Conditions for Repair, Conversion Dock and Slip orders", dated September '04, see attached.

Trusting to have made an attractive offer, and looking forward to receiving your highly appreciated reply,

Yours sincerely

Mark Dethlefs
Managing Director

SCHEDULE 2

**MY "LE GRAND BLEU"**
**Attn. Mr. Marwitz**

**via E-Mail: captain@my-lgb.com**

Wewelsfleth, 09 January 2010
Managing Director
Mark Dethlefs ☎ +49(0)4829/71-263/ Pio
Project Manager
Carsten Sötje ☎ +49(0)4829/71-261

**Project "REFIT 2010 LGB"**
**Quotation based on Dry dock Specification dated 17.12.2009**

Dear Mr. Marwitz

Following our offer on the 31.12.2009 we have priced most of the specification items. Therefore we have made some assumptions which are based on discussions with the classification society and in all conscience.

However, we would like to point out that further cost could arise due to the findings during works and request of the classification society.
Several items on the specification could not be fixed. It would have made no sense to quote on these items - due to the unknown parameters on those items- a high safety margin would have to be calculated. We prefer to treat those items by time & material. To give you an indication on these items we have made a budget price for this.

This should be a fair and honest way of handling this refit. We hope that this approach meets your understanding of how this refit could be carried out on our shipyard in Wewelsfleth.

As the preparation time for the offers unfortunately was over Christmas and New Year many offers of subcontractors are still due to come in the next days. Therefore following scope of works and prices can only be supplied at a later stage:

- Overhaul of Shell doors, working cranes, steering gear and central hydraulic system (hymartec vs. hyac/ Prinz Technik)
- Change inverter of bow thrusters and pump jet
- Swimming pool and aquarium system
- ICCP/ anti-growth system
- Maintenance of fire doors and watertight doors
- Protection (depended on the scope of works)
- Overhaul of generators

We have priced the items based on the numbering system supplied by the ship on the 17th of December 2009.

| 1.1 | **Tank Inspections for class survey** | **Fixed Price** | **38.250,00 €** |
|---|---|---|---|

Tanks inspection as Lloyds Register required with manhole openings, lighting and ventilation.
Cleaning Tanks: WB-01; WB-02, Fore peak
Cleaning Fuel oil tanks FO-01; FO-05; FO-07; FO-12; FO-15. included gas free certificate.

| 1.1.1 | **Sea chest open and close for class survey** | **Fixed Price** | **4.100,00 €** |
|---|---|---|---|

Open and close of six sea chest grids.
Carry out inspection with the LRS surveyor.
Incl. necessary staging.
Rework threats and position the grids for paintworks.

| 1.3 | **Survey Main & Emergency for class survey** | **Budget Price** | **19.580,00 €** |
|---|---|---|---|

Survey Main- & Emergency Switchboard Breakers and Protection settings to be tested to Lloyds Register satisfaction.
Note:
This Survey is not necessary if SAM install a new PMS System.

| 1.8 | **Anchor Windlasses Steen Removed** | **Budget Price** | **19.750,00 €** |
|---|---|---|---|

Dismounting, mounting and overhaul the anchor windlasses and the capstans above the anchor windlasses.
When inspection will show, that additional service work would be necessary please be informed, that we have to invoice these works separately.

In this case you will directly receive a detailed statement regarding further estimated costs in form of an additional offer for your approval.
Scope of service work package.
Functional test including inspection of band brake lining and magnetic brake.
Submission of inspection report and recommended maintenance work for approval.
Change of 2 band brake linings for anchor capstans and 2 friction lining carrier of magnetic brake final functional test on board.

**1.9**    **Chain Locker Inspection and Survey for class survey**      **Fixed Price**      **7.250,00 €**
Chain locker cleaning and survey included support of lighting, ventilation, dismounting and mounting the teak wood and coating of the rusted areas.

**1.10**    **LGB Modifications Beach Club**      **Budget Price**      **2.315.000,00 €**

Conversion of the Cabin Deck aft from frame -4 to frame 25:
     A) Modification of SPA area
     B) Development of a Beach Club
     C) Conversion of the existing Sauna beneath the exterior steps to a day head

The calculation is based on the following drawings:
- Winel shell door: 16.93.00 RevB GA Terrace LGB.dwg submitted by Winel on 04/01/2010
- Arrangement of Beach Club: M-734-2214-A (Beach Blub Structural Mods).zip submitted by Murray & Associates on 05/01/2010
- Arrangement of the SPA Area: M-734-2215-A (Health Club Structure Mods).zip submitted by Murray & Associates on 05/01/2010
- Renderings submitted by the Captain of MY "LE GRAND BLEU" (6 in total)
- Detail drawing of the Day Head: M-734-1003 (Cabin Deck aft WC).pdf submitted by Murray & Associates on 06/01/2010

The design is described as follows:
- The design of the SPA are including Sauna and steam bath will be kept as already existing

- The Beach Club will have the same style as the existing owner's corridor on the cabin deck frame 3 to 15 on portside
- The design of the day head will be as described in the submitted detail drawing (see above)

Work description:
- Removal of the existing Interior by saving the existing electrical connections.
- Disconnecting electrical components (incl. AV items), relocation of existing switch boards and break resistors in corridor portside to toy store aft
- Remove insulation
- Remove piping of HVAC, Hi-Fog and infrastructure pipes (sanitary, scuppers...) as far as practical
- Remove bare floor
- Remove the existing steel structure and support remaining structure as per drawings of Murray & Associates (see above)
- Installation of closing steel plates and stiffeners as per drawing of Murray & Associates (see above)
- Arranging new access to the aft portside mooring station
- Cut out clear opening for new shell door of Winel (owners supply) and install door as per drawings of Murray & Associates (see above)
- Supply and integration of 4 pcs. new A60 doors to replace the existing glass doors
- Connecting the door to the existing central hydraulic system and connect electrically to the ships power and monitoring system (by using to signal of the existing crew door)
- Touch up painting behind linings of the damaged steel areas
- Install insulation as required by drawing of Murray & Associates
- Rearrange sanitary piping incl. deck penetrations as per layout and Interior Outfitter
- Rearrange cabling to the demands of the net space drawings
- Survey and Preparation of Net Space Drawings incl. detailed bare wall outline drawings taking into account all impacts through steel structure, insulation, air conditioning, pipeline construction

and electrical planning (basis for Interior work shop drawings). Arrangement of lighting, air slots, speakers, AV/IT equipment, switches, smoke detectors, PA/GA, hi-fog and fire extinguisher stations
- Preparation of Interior work shop drawings
- Installation of bare floor
- Production and Installation of the Interior Outfitting including a steam bath with new equivalent steam generator (arranged in the same position) and a sauna
- Supply and install fixing points in the teak deck
- HAT of Sauna & Steam Bath
- Supply and Installation of teak on the Winel shell door with inspection hatches for cylinders and gratings to fill the window holes
- FAT & HAT of shell door to satisfaction of LRS
- Connection of sanitary and new electrical equipment
- Connection of HVAC without upgrade of existing system
- Installation of teak flooring in the passage way and Landing Craft Store continuing the existing design from the toy store (as per above drawings).
- Covering technical equipment in the Landing Craft Store fwd./ Toy Store aft & Building Storage in the existing material in the Toy Store aft as per general layout.
- Rearrangement junction boxes on the aft wall of the Toy Store and repositioning of shelf in the corridor towards the Landing Craft Store (as far as practical)
- Painting of floor in the Toy Store
- Painting of Rope Store
- General cleaning after finalizing the works

Inclusions:
- Fire watch
- Gas freeing of spaces of hot works
- Necessary staging and lighting
- Cranage of goods
- Disposal of removed material
- Protection of the areas

Exclusions:
- Murray & Associates to provide:
  - class approved structural and class drawings for the conversion (e.g. fire protection, escape way)
  - class approved Main drawings of the ship with the alterations included for documentation
  - client approved Interior Detail Design drawings for the converted/ generated areas
- The ship to cover costs of the flag state and classification society for drawings approval and survey
- Railings, whips, cleats, bathing ladder could not be included due to unknown scope
- Exterior Painting of hull/ shell door will be included under "Painting" of the dry-dock specification
- Loose furniture to be supplied by the owner
- Supply and commissioning of AV/IT/Entertainment/Security equipment (Triton Technical)
- Winel shell door as offered by Winel order no. 80177
- Central lighting system (if required)

| | | | |
|---|---|---|---|
| **2.9** | **Fire extinguisher maintenance for class survey** | **Fixed Price** | **4.420,00 €** |

Extinguishers overhaul included transport from the vessel. Not included service quantities and travel costs for Wilhelmsen Ship Service.
Up to 122 pieces of extinguishers.

| | | | |
|---|---|---|---|
| **2.13** | **Supply of security system** | **Fixed Price** | **7.450,00 €** |

Installation and provision of the shipyards' security system.
Chip system controlled via telephone system of the shipyard.
Installation of security access station in front of the gangway in the dock.
Manning the security station will be done by the ship.
Blocking off remaining access ways into dock bottom.
Handling chip distribution and control.
Note:
The shipyard gate is controlled via the same system and permanent manned.
Chips will be lent to workers, subcontractors and crew via a deposit of 10 Euros.

| 5.5 | **Ballast Pump Overhaul** | **Fixed Price** | **15.350,00 €** |
|---|---|---|---|

Disconnect motor and pump unit
Disconnect cables from motor / unit
Draining all oils from the unit and disposing to appropriate shore facility.
Protect area
Remove pump
Renew of seals and gaskets
Transport of motor and pump
Remove motor to workshop, separate and clean rotor and stator, revarnishing as required.
Re-assemble motor with new bearings and refit with satisfactory insulation testing
Remove pump to workshop
Disassemble pump inspecting impeller and reporting.
Refit with new parts as required with new gland seals and bearings.
Reassemble and refit pump
Re-assembly of all parts, mounting on board and re-connect
Cleaning of area
Re- painting of unit
Setting to work
Testing
Hand over for crew and classification

Spare parts, new parts for pump are not including in this quotation!
Re- painting of area is not including in this quotation.

| 5.6 | **Pump & Motor Overhauls** | **Fixed Price** | **64.250,00 €** |
|---|---|---|---|

Disconnect motor and pump unit.
Disconnect all associated pipe work and flanges to allow removal.
Disconnect cables from motor / unit
Remove pump
Renew of seals and gaskets
Transport of motor and pump
Remove motor to workshop, separate and clean rotor and stator, revarnishing as required.
Re-assemble motor with new bearings and refit with satisfactory insulation testing and electrically tested
Remove pump to workshop
Disassemble pump inspecting impeller and reporting.
Refit with new parts as required with new seals and bearings.

Reassemble and refit pump
Re-assembly of all parts, mounting on board and re-connect
Re-assembly all associated pipe work and flanges
Cleaning of area
Re- painting of unit
Setting to work
Testing
Hand over for crew and classification as required

List of pumps for described scope of work:
- Port Thrust Block/Bearing Lubricating Pump & Motor
- Starboard Thrust Block/Bearing Lubricating Pump & Motor
- Shaft Bearing/Stern Tube Lubrication Pump & Motor 1
- Shaft Bearing/Stern Tube Lubrication Pump & Motor 2
- AC Machine 1 Sea Water Pump & Motor
- AC Machine 2 Sea Water Pump & Motor
- AC Machine 1 Chill Water Pump & Motor
- AC Machine 1 Chill Water Pump & Motor
- Fresh Water Pump & Motor 1
- Fresh Water Pump & Motor 2
- Sanitary Water Pump & Motor 1
- Sanitary Water Pump & Motor 2
- Fire Pump 1
- Fire Pump 2
- Emergency Fire Pump
- Foam Fire Pump

Spare parts, new parts for pumps are not including in this quotation.
Re- painting of area is not including in this quotation|

| | | | |
|---|---|---|---|
| **5.8** | **Quick Closing Valve Overhaul** | **Fixed Price** | **11.700,00 €** |

Dismantle the upper valve body from the quick closing valves, transport into the work shop, cleaning and checking the mechanical parts. After inspection from the owners rep. mounting and testing the quick closing valves on board with survey from the classification.
After testing etc. cleaning and painting of the damaged parts. Spare parts, new parts for pumps are not including in this quotation.

| 5.9 | **Overhaul of All Ship Side Valves & Scuppers for class survey** | **Fixed Price** | **9.320,00 €** |
|---|---|---|---|

Overhaul all ship side valves and scupper to the valve list from the "LGB" and to the price list from Peters Schiffbau.
In case of overhaul (grinding seats, diameter turning of cone, new packing of spindle) extra charge 40% per valve. Without new and spare parts.

| 5.13 | **Box Cooler Overhaul for class survey** | **Fixed Price** | **15.950,00 €** |
|---|---|---|---|

Dismantle the cooling water pipes from the coolers, mounting of the flanges for pressure testing, pressure testing of the eight coolers, after inspection from the class assembly of the dismantled cooling water pipes, cleaning and painting of the damaged parts.
If the coolers failed the pressure test, additional costs will arise! New and spare parts are not included.

| 5.14 | **Air Pipe & Ventilator Overhaul** | **Budget Price** | **21.630,00 €** |
|---|---|---|---|

Inspection, overhaul and reinstallation. Open the inspection flaps, dismantle the air pipe heads, inspection the air pipe heads (only visually), repair if necessary and mounting from air pipe heads. New and spare parts not included!

| 5.15 | **Air Start System Overhaul** | **Budget Price** | **29.550,00 €** |
|---|---|---|---|

Open up both starting air receivers, overhaul or renew the starting air receiver safety valves.
Open the main starting air pipes, clean the main starting air pipes, renew gaskets when necessary, renewal the bursting disk when necessary, overhaul and refit all main air starting valves. Pressure testing for the starting air receivers and the main starting air pipes. Renewing from main starting air pipes are not included and has to be discussed with the owner reps. Also totally damaged main air starting valves are not included.

| 5.16 | **Air compressor survey** | **Fixed Price** | **16.430,00 €** |
|---|---|---|---|

Working description: Dismantle both starting air compressors and transport in the work shop, dismantle the both compressors for class survey. After the class survey assembly the compressors with new gaskets. Transport into the ship and final installation. Test run when filling the air receiver. Estimated spare parts are included. The new and not used compressor and a new compressor from

Hatlapa will be nearly the same costs as the overhaul from the both old compressors. The delivery time is in range. Requires discussion with owner's representatives.

| 5.19 | **Tank Sensors** | **Budget Price** | **29.920,00 €** |

Service engineer from Sicom Stein Sohn will test and calibrate all 28 Tank sensors, incl. Yard support and repainting of the parts.
Spare parts are not including in this quotation.
Re- painting of area is not including in this quotation.

| 5.20 | **Sewage Tank Clean & Reprotect** | **Fixed Price** | **336.400,00 €** |

Cleaning, sandblasting and coating of the Tanks WB 01 P; WB 02 S; Fore peak; FW 01 C and FW 02 C.
Cleaning 504,1 m³
Two hull openings 500 mm x 800 mm and the scaffolding is included.
Not included is the final coating on the Hull.

Cleaning of 1133 ,2 m³ Fuel oil tanks
Suction cleaning up to 3 centimetres sludge, oil over 3 centimetres on time and material basis.
Tanks gas free cleaning with gas free certificate.
Included two gas free certificates, any more certificates will be invoiced at costs.

Misc tanks cleaning , sludge TK C ; Sewage TK C; Sewage TK C; Keros TK P; Petrol TK S; Condenswater TK S
Tanks gas free cleaning with gas free certificate
In the offer are included two gas free certificates, more certificates will be invoiced costs.
The disposal will be invoiced at costs.

| 5.21.2 | **AC Sea Water Pipe work** | **Budget Price** | **27.830,00 €** |

Dismantling from all AC - valves and transport into the work shop, dismantle the valves and check with owner reps., after inspection assembly from the AC - valves and transport into the ship, final installation and commissioning under normal work condition. New and spare parts are not included. Pressure testing from the sea water system is also not included.

| 5.33 | **Foot Lights Replace** | **Budget Price** | **61.900,00 €** |

Protect Area
Removal of 98 pcs. footlights on the open decks
Disconnect 98 pcs. footlights on the open decks
Prepare existing cut out for 98 pcs. new foot lights
Re- painting of cut out
Connect 98 pcs. new foot lights
Assembly and install 98 pcs. new footlights
Setting to work
Testing
Hand over for crew

The lights will be supplied by Underwater Lights or
Aqua Signal.

| 5.40 | **Open Deck Deck head Panels** | **Fixed Price** | **634.250,00 €** |

Replacement of exterior ceiling panels.

The calculation is based on the following drawings:
- LGB Außendecken_2010.dwg
  submitted by Carsten Sötje on 22/12/09
- LGB-Übersicht-Aussendecke.dwg
  submitted by Carsten Sötje on 22/12/09
- LGB ceiling detail 2010.pdf
  submitted by Carsten Sötje on 23/12/09

Material:
Plastic exterior ceiling panels 20mm Stadur FB1
Down light TC, Type DL53, 230V, 1x13W, EVG,
Stainless steel, IP67/55

Work description:
- Protecting of work area
- Removal of the existing exterior ceiling panels
- Disposing of the existing exterior ceiling
  panels
- Disconnecting electrical components (incl. AV
  / IT items).
- Install temporary lights
- Removal of old electric installations as
  required
- Renew and installation of electric cables as
  required
- Install new fastening system
- Transport of new exterior ceiling panels
- Customise new exterior ceiling panels

- Prepare cut outs in new exterior ceiling panels for all electrical components
- Coating of panels in workshop after customisation
- Install new exterior ceiling panels
- Covering of emergency exit
- Delivery and install of 11 air grids
- Delivery and install of 3 sliding door covers
- Delivery, install and connecting Down Lights and PA/GA Speaker
- General cleaning after finalizing the works

Inclusions:
- Necessary staging and lighting
- Cranage of goods
- Transport of exterior ceiling panels
- Disposal of removed material
- Protection of the areas
- Down Lights and PA/GA Speaker
- Jointing covers

Exclusions:
- Installation of AV / IT items
- Delivery of AV / IT items
- Installation of CCTV System
- Delivery of CCTV System
- Delivery of ceiling Domes

**6.1   Main Engine Cabling**                    **Fixed Price**      **21.000,00 €**

Disconnect cables
Removal of old electric installations and cable
Renew of cables
Installation of cables
Re-assembly of parts and re-connect
Cleaning of area
Transport of parts
Touch up painting for damaged areas
Setting to work
Testing
Hand over for crew and classification as required
Spare parts are not including in this quotation.
Re- painting of area is not including in this quotation.

**7.2   Generator Cabling**                      **Fixed Price**      **28.450,00 €**

Disconnect cables
Removal of old electric installations and cable
Renew of cables

Installation of cables
Re-assembly of parts and re-connect
Cleaning of area
Transport of parts
Touch up painting for damaged areas
Setting to work
Testing
Hand over for crew and classification as required
Spare parts are not including in this quotation.
Re- painting of area is not including in this quotation.

| 8.1 | **Alternator Cleaning** . | **Fixed Price** | **99.200,00 €** |
|-----|---------------------------|------------------|------------------|

Cutting of 2 temporary access hatches in Gen-Set
Rooms for transport of alternators
Preparation of 2 temporary access hatches
Removal of insulation
Protect Area
Disconnect all associated pipe work and flanges to
allow removal
Disconnect cables alternators / units
Removal of alternators
Transport of alternators
Remove alternators to workshop, separate and clean
rotor and stator, revarnishing as required.
Re-assemble alternators with new bearings and refit
with satisfactory insulation testing and electrically
tested
Inspection of electric cables
Installation of alternators
Connect cables alternators / units
Re-assembly of all parts, mounting on board and re-
connect
Close of 2 temporary access hatches in Gen-Set
Rooms
Installation of insulation
Re-assembly all associated pipe work and flanges
Cleaning of area
Touch up painting for damaged areas
Setting to work
Testing
Hand over for crew and classification as required
Spare parts are not including in this quotation.
Re- painting of rooms are not including in this
quotation.

| 8.1.3 | **Emergency Switchboard for class survey** | **Fixed Price** | 7.350,00 € |
|---|---|---|---|

Electrically isolate and prove dead Emergency switchboard
Open cubicals of Emergency Switchboard
Inspect & clean all bus bars and cubical terminals
Re-torque all bus bar connections to switchboard specification
Replace defective components
Re-assembly of all parts and re-connect
Close cubicals of Emergency Switchboard
Cleaning of area
Setting to work
Testing
Hand over for crew and classification
Function test with Class Surveyor
Spare parts are not including in this quotation.
Re- painting of area is not including in this quotation.

| 8.6 | **Insulation Resistance Testing** | **Budget Price** | 67.100,00 € |
|---|---|---|---|

Insulation/ Testing of all E-motors
Insulation/ Testing of equipment in accordance with classification requirements.

| 8.7 | **UPS Service** | **Budget Price** | 20.900,00 € |
|---|---|---|---|

Cleaning and Checking of the UPS-Systems Jovy-Atlas
Function test
Changing of batteries is not included.

| 8.11 | **Engine Room Supply & Exhaust Fan Frequency Drives** | **Budget Price** | 94.600,00 € |
|---|---|---|---|

Remove and replace PDL frequency drive units with equivalent ABB drives
Alteration of visualization at switchboard
Re-assembly of all parts and re-connect
Setting to work
Testing
Hand over for crew and classification as required
Spare parts and if required changing of switch cabinet size are not including in this quotation.
Re- painting of area is not including in this quotation.

| 10.2 | **Pump Jet Overhaul** | **Budget Price** | 77.700,00 € |
|---|---|---|---|

Disconnect motor from drive unit.
Disconnect motor / unit
Draining all oils from the unit and disposing to

appropriate shore facility
Remove Pump jet
Strip down and clean area
Protect Area
Remove Motor
Renew of seals and gaskets  and lip seals
Renew of Anodes
Transport of motor and Pump jet
Remove motor to workshop, separate and clean rotor
and stator, revarnishing as required.
Re-assemble motor with new bearings and refit with
satisfactory insulation testing
Remove pump jet to workshop
Disassemble pump jet inspecting impeller, gearbox
and reporting.
Refit with new parts as required with new seals and
bearings.
Reassemble and refit pump jet
Installation of Motor
Installation of Pump jet
Re-assembly of all parts, mounting on board and re-
connect
Cleaning of area
Re- painting of unit
Touch up painting for damaged areas
Setting to work
Testing
Hand over for crew and classification
Function test with Class Surveyor at sea trials
Spare parts are not including in this quotation.

| | | | |
|---|---|---|---|
| **10.3** | **Bow Thruster 1&2 Overhaul** | **Fixed Price** | **30.100,00 €** |

Disconnect motor from drive unit.
Disconnect motor / unit.
Draining all oils from the unit and disposing to
appropriate shore facility.
Remove bow thruster grid.
Strip down and clean area.
Protect Area.
Remove Propeller.
Renew of seals and gaskets and lip seals.
Renew of Anodes.
Transport of motor.
Remove motor to workshop, separate and clean rotor
and stator, revarnishing as required.
Re-assemble motor with new bearings and refit with

satisfactory insulation testing.
Re-assembly of all parts, mounting on board and re-
connect.
Installation of propeller.
Installation of bow thruster grid.
Cleaning of area.
Re- painting of unit.
Re- painting of area.
Setting to work.
Testing.
Hand over for crew and classification.
Function test with Class Surveyor at sea trials.
New and spare parts are not included.

| 10.4 | **Stabilisers Overhaul** | **Budget Price** | **500.500,00 €** |

Dismantling from the both stabilizers, inspection from
both stabilizer fins and units regarding to the
quotation from BVI from the 06.01.2010.
Scaffolding and paint outside is included. Paint the
both stabilizer rooms partly. Transport to BVI and
retour is included.
New and spare parts which are not included in the
BVI offer are excluded here as well.

| 12.1 | **Propeller and Shaft clearance** | **Fixed Price** | **29.850,00 €** |

Dismantling both propellers, transport to company
Piening for checking the pitch, overhaul both seals for
stern tube, measuring shaft clearance and protocol
from clearance. Included is the colour and radial run
out check for both shafts.
Installation from both propellers including protocol
from installation. Included is the scaffolding for both
propellers.
Not included are the new and spare parts.

| 13.1 | **OWS Return Pipe work** | **Budget Price** | **31.750,00 €** |

Open OWS and cleaning for class inspection.
Cleaning the filter insert also for inspection.
Installation from several pipe work as descript in the
working list. Complete mounting from OWS and
commissioning with approval from the classification.
New and spare parts are not included.

| 13.3 | **Sludge Settling Tank** | **Budget Price** | **21.450,00 €** |

New building of a sludge settling tank included
material and survey of the classification with tank
pressure testing, coating in-side and outside.

Mounting from several flanges and suction pipes. Vent pipe ends in engine room just above the tank. Pipes will be connected to the existing pipe work (pump).

**19.2/** **Exterior Paintworks on hull**

**19.6**

For comparison we have worked out several concepts for the coating of Underwater ship, Bootop and Hull above waterline (blue). Due to the time given we estimate following budget prices based on the International Paint system (Specification No. ULS 9010).

| | | | |
|---|---|---|---|
| **I.** | **for "Intersleek" coating system** | **Budget Price** | **545.000,00 €** |
| | **for "Micron extra" coating system** | **Budget Price** | **515.000,00 €** |

Underwater ship Antifouling and Bootop: complete removal of existing paint system with high pressure washing (3.000 bar), sandblasting in Sea chests, stabiliser boxes, and bow thruster tunnel, grinding of smaller areas which are not accessible with high-water pressure machine, sanding edges to faired areas without removal of complete paint system, necessary protection to be made, apply new paint system as per specification. Disposal of contaminated goods.

**LGB Hull Painting**

| | | | |
|---|---|---|---|
| **II.** | **for "Interthane" coating system** | **Budget Price** | **200.000,00 €** |
| | **for "Perfection" coating system** | **Budget Price** | **265.000,00 €** |

Hull above waterline (sanding) Sanding of complete hull including all areas which are already "coloured blue". Apply coating system as per "International" Specification.

| | | | |
|---|---|---|---|
| **III.** | **for "Interthane" coating system** | **Budget Price** | **230.000,00 €** |
| | **for "Perfection" coating system** | **Budget Price** | **315.000,00 €** |

Hull above waterline (complete renewal) Complete removal of existing paint system, sanding areas with connection to filled areas. Sanding of hull door frames and door edges. Apply new coating system as per "International" Specification. The budgets include:
- Staging, Tenting, Lighting and Ventilation as required
- Glassperl-blasting of anchor pockets forward

- Spraying of ships name and homeport as existing
- Markings on hull to be painted as existing
- Renewal of window seals
- Painting of side boarding ladder box without ladder
- Pipe outlets on hull to be plugged
- Plastic layers protection on uw-window
- Filling and Fairing is not foreseen.

| 19.2.1 | **Zinc anodes** | **Budget Price** | **18.700,00 €** |

Replacement of zinc anodes on hull.
Remove screwed zinc anodes from hull and appedices (e.g. sea chests, bow thruster tunnel).
Overhaul threats of bolts (replacement will be charged extra).
Supply and fitting of new zinc anodes with new nuts as per anode plan.
Incl. necessary staging.

| 19.12 | **Scaffolding** | **Fixed Price** | **438.500,00 €** |

- Provision of a tent in the dock from dock bottom to Funnel Deck with fixed steel roof.
- Complete scaffolding around hull for access of paint works.
- Intermediate plastic barrier downwards for isolation of paint works.
- Building of wooden fixed entrance.
- Provision of general lighting in the tent incl. Cranage assistance.
- Opening and closing of tent due to necessary works will be charged separately.
- Electric power would be linked to the shore connection.

The provision is based up to 5 month duration.

| 20.2 | **Life Raft Removal** | **Budget Price** | **15.650,00 €** |

Annual service for 12 life rafts as per LRS requirement.
Cranage of life rafts from the ship and transport to service company.
Inspection and renewal of necessary parts with certificate.
Transport of life rafts back to the shipyard and cranage on board.
Approve water pressure release sensors to be tested with certificate.

| 20.4 | **Anchor and Chain Overhaul** | **Budget Price** | **47.750,00 €** |
|---|---|---|---|

Anchors and chains (two forward, one aft) to be removed and ranged on dock, they are then to be gauged in accordance with classification requirements. Chain Shots to be marked by wire wraps and painted in accordance with SOLAS designations. New chain cables of basis from information Lloyds Register, the re-galvanizing of the chain cables are not possible. Assume full blast and painting of the chain locker. Not included re-galvanizing anchors.

| 20.13.1 | **Replace Cinema Window** | **Budget Price** | **18.250,00 €** |
|---|---|---|---|

Cinema window replace with same mounting and dismounting by company WIGO. Included the host test, painting, supported WIGO our yard and crane workings. Not included is the access work about wood inside and protection bottom and walls.

| 20.13.2 | **Replace Obs Lounge Windows** | **Budget Price** | **37.350,00 €** |
|---|---|---|---|

Replacement windows OBS lounge Observation lounge windows to be renewed, port 2nd, 3rd, 5th and 7th counting from port. Starboard 2nd, counting from aft. Including paintwork, stages, host test and crane workings. Access work incl. carpentry work is not included.

| 23.6 | **LGB Bridge Console** | **Budget Price** | **55.720,00 €** |
|---|---|---|---|

Assistance for SAM Electronics to install the new bridge console.
Transport of old console and new console without Interior modification.
Based on the interface list received by Peters Schiffbau from SAM Electronics on 7th of January 2010.

| | **Automation/ PMS System** | **Budget Price** | **43.100,00 €** |
|---|---|---|---|

Assistance of yard for SAM scope of delivery for Automation.
Based on the interface list received by Peters Schiffbau from SAM Electronics on 7th of January 2010.

Our offer is based on our "General Business Conditions for Repair, Conversion Dock and Slip orders", dated September '04.

Trusting to have made an attractive offer, and looking forward to receiving your highly appreciated reply,

Yours sincerely

Peters Schiffbau GmbH

LGB-offer_090110                    page 20

# WORKLIST

DATE:   02.02.2010

PROJECT:   MY "LE GRAND BLEU"

CONTRACT NO.:   203 / 10

REVISION:   0

PROJECT MANAGER:   CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | | |
|------|-------------|--|--|--|--|
| 001 | Seekästen / Seachests<br>Open and close seachests, bowthruster grids, shaft bearing protections<br>(# 1.2.1) | | | | |
| 002 | Kathodenschutz / Cathodic protection<br>Renew all zinc anodes on hull and appendices<br>(# 19.2.1) | | | | |
| 003 | Anker und Ketten / Anchors and chains<br>Pull out both forward anchors and chains and layout for class survey.<br>Perhaps renewal of anchor chains<br>(# 1.8) | | | | |
| 004 | Kettenkästen / Chain lockers<br>Open up for class survey, clean<br>(# 1.10) | | | | |
| 010 | US-Messungen / US-measurements on hull<br>Carry out US-measurements on hull as per class instructions<br>(# ) | | | | |
| 011 | Tankleckage FO-Tagestank / Fuel oil day tank repair<br>(# 1.24) | | | | |
| 037 | Rissbildung im Aufbau / Repair crack at Emergency Generator Room<br>(# 1.23) | | | | |
| 059 | Schiffsfenster / Windows<br>Replace windows (to be discussed with OR) on hull and superstructure<br>(# 20.13.1 / 20.13.2) | | | | |
| 100 | Atmung, Axialspiel, Schub / Crank shaft deflection<br>Measurement of crank shaft deflection on arrival on both main engines<br>(# ) | | | | |
| 101 | Wellenanlage, Propeller, Dichtung / Propeller, shaft survey<br>Carry out shaft survey as per class instruction<br>(# 12.1) | | | | |
| 102 | Ruderanlage / Rudder, steering gear<br>Measurement of rudder clearance as per class instruction<br>(# ) | | | | |

# WORKLIST

**DATE:**   02.02.2010

**PROJECT:**   MY "LE GRAND BLEU"

**CONTRACT NO.:**   203 / 10

**REVISION:**   0

**PROJECT MANAGER:**   CARSTEN SÖTJE

**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|---|---|---|
| 103 | Bugstrahler / Bowthruster<br>Inspection and carry out test (by RMTec) when boat in water.<br>Perhaps renewal of inverters<br>(# 8.9) | | | |
| 104 | Hauptmaschine / Main engine<br>Overhaul PS main engine as per Wärtsilä / yard offer<br>(# 1.4) | | | |
| 105 | Getriebe / Gear box<br>Open up for class inspection<br>(# 11.1) | | | |
| 106 | Hilfsdiesel 1-3 / Generators 1-3<br>Carry out maintenance works as per Wärtsilä / yard offer<br>(# 1.34) | | | |
| 110 | Außenbordventile / Ship side valves<br>Overhaul ship side valves and scuppers<br>(# 1.18) | | | |
| 111 | Kühlerkasten / Box coolers<br>Prepare box coolers for pressure testing and class survey, pressure test<br>(# 1.20) | | | |
| 115 | Kompressor 1+2 / Compressors 1+2<br>1x supply and fit, 1x on board and fit<br>or only overhaul from both compressors<br>(# 5.8) | | | |
| 117 | Luftflaschen / Air receivers<br>Open up, clean and present for inspection of class.<br>Test relief valves and reinstallation<br>(# 1.3 / 5.8) | | | |
| 118 | Luftrohre und Belüftung / Air pipe and ventilator<br>Overhaul<br>(#1.21) | | | |
| 119 | Ballastpumpe / Ballast pump<br>Overhaul and present for inspection<br>(# 5.2) | | | |

Peters Schiffbau GmbH          02.02.2010

# WORKLIST

**DATE:** 02.02.2010

**PROJECT:** MY "LE GRAND BLEU"

**CONTRACT NO.:** 203 / 10

**REVISION:** 0

**PROJECT MANAGER:** CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|---|---|---|
| 124 | Wasseraufbereiter / Water boiler<br>Open, inspection and prepare for class survey.<br>Electric must be disconnected and connected, heating element has to be checked by the electrician<br>(# 5.22) | | | |
| 126 | Schnellschlussventile / Quick closing valves<br>Overhaul ashore and prepare class survey.<br>Testing with class after reinstallation<br>(# 1.17) | | | |
| 132 | Bilgen-Entöler / Oily water separator<br>Open, clean and prepare for class survey<br>(# 1.35) | | | |
| 134 | Abgasrohr- und Schachtisolierung /<br>Exhaustpipe and funnel insulation renewal<br>(# 7.1) | | | |
| 141 | Feuerlöscher / Fire extinguishers<br>Annual overhaul and inspection with certificate<br>(# 1.33) | | | |
| 146 | Anker und Verholwinden / Anchors and mooring winches<br>Service and inspection ashore<br>(# 1.9) | | | |
| 148 | Rettungsinsel Davits / Liferaft davits on Sun Deck<br>Maintenance works and preparation for class inspection<br>(# 1.7) | | | |
| 149 | Rettungsboot Davits / Lifeboat davits on Owner's Deck<br>Maintenance works and preparation for class inspection<br>(# 1.11) | | | |
| 150 | Service an Rettungsbooten / Inspection of lifeboats<br>(# ) | | | |
| 159 | Personen- und Frachtfahrstühle / Passenger and food elevators<br>Yearly inspection<br>(# 1.15) | | | |
| 162 | Feuertüren A60 / Fire doors<br>Inspect fire doors for class survey<br>(# 1.30) | | | |

# WORKLIST

DATE:    02.02.2010

PROJECT:              MY "LE GRAND BLEU"

CONTRACT NO.:        203 / 10

REVISION:            O

PROJECT MANAGER:     CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|---|---|---|
| 163 | Schottschiebetüren / Watertight sliding doors<br>Inspect watertight sliding doors for class survey<br>(# 1.31) | | | |
| 170 | Stabilisatoren / Stabilizers<br>Scope to be agreed after inspection<br>(# 10.4) | | | |
| 175 | Vorderer Signalmast / Telescopic mast on Foredeck<br>(# 9.1) | | | |
| 176 | Schwimmleiter / Swim ladder<br>Overhaul and bring into service (SB, frame -11)<br>(# 9.1) | | | |
| 177 | Sprungbrett / Diving board<br>Overhaul and bring into service (SB, frame -8)<br>(# 9.1) | | | |
| 178 | Pantograph Türen / Pantograph doors<br>1x Owner's Deck (PS, frame 117)<br>1x Observation Deck (SB, frame 100)<br>(# 9.1) | | | |
| 179 | Decksluke achtern / Hydraulic hatch on aft stairs<br>Overhaul (Main Deck, SB, frame 0)<br>(# 9.1) | | | |
| 180 | Kräne / Cranes<br>1 Foredeck-Crane<br>4 Main Deck Davits<br>2 Gantry Cranes under Helideck<br>2 Cramm Cranes on Owner's Deck<br>(# 9.1) | | | |
| 185 | Außenhautklappen / Shell doors<br>2x Toystore (SB & PS, frame 30)<br>Crew Entrance (PS, frame 89)<br>Owner's Entrance (SB, frame 89)<br>2x Bunker Doors (SB & PS, frame 19)<br>Landing craft store (SB, frame 10)<br>Stern door (SB & PS, frame -4)<br>Lifting floor (SB & PS, frame -6)<br>(# 9.1) | | | |

Peters Schiffbau GmbH

02.02.2010

# WORKLIST

DATE:     02.02.2010

PROJECT:              MY "LE GRAND BLEU"

CONTRACT NO.:        203 / 10

REVISION:             0

PROJECT MANAGER:     CARSTEN SÖTJE



PETERS
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|--|--|--|
| 195 | Zentralhydraulik / Central hydraulic system<br>(# 9.1) | | | |
| 198 | Rudermaschine / Steering gear<br>(# 9.1) | | | |
| 199 | Seitengangways / Side boarding ladders<br>Overhaul and improve (Main Deck, SB & PS, frame 50)<br>(# 9.1) | | | |
| 200 | Schutzmaßnahmen / Protection<br>Delivery and assistance for crew protection<br>(# 4.1 - 4.4) | | | |
| 202 | Induktionsherd / Galley induction hob<br>(# 22.10) | | | |
| 225 | Obere Crewmesse / Upper crew mess<br>Upgrade<br>(# ) | | | |
| 230 | Untere Crewmesse / Lower crew mess<br>Upgrade<br>(# 23.2) | | | |
| 235 | Main Deck Gang / Main Deck alley way<br>Upgrade<br>(# 23.3) | | | |
| 240 | "Aquarium Bar" / "Aquarium bar"<br>Upgrade (Cabin deck, frame 1)<br>(# 21.1) | | | |
| 250 | Tankbesichtigungen / Tank inspection<br>Open up, clean and gas-freeing of tanks requested by class<br>(# 1.2) | | | |
| 251 | Umbau "Beachclub" / Conversion "Beachclub"<br>1. Modification SPA area<br>2. Development of a Beach Club<br>3. Conversion of the existing sauna beneath the exterior steps<br>    to a day head<br>(# 1.10) | | | |

# WORKLIST

**DATE:**   02.02.2010

**PROJECT:**   MY "LE GRAND BLEU"

**CONTRACT NO.:**   203 / 10

**REVISION:**   0

**PROJECT MANAGER:**   CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|--|--|--|
| 300 | Megatest / Megatest<br>(# 8.6) | | | |
| 301 | Generator 1-3 / Alternator 1-3<br>Overhaul of alternators 1-3 ashore<br>(# 8.1.3) | | | |
| 303 | Automation Erneuerung / Automation renewal<br>Assistance<br>(# 26.2) | | | |
| 304 | Brückeninstallation / Bridge installation<br>Assistance<br>(# 26.1) | | | |
| 312 | Feuerlöschpumpen / Fire pumps<br>Overhaul and present for inspection<br>(# 5.3) | | | |
| 322 | Hauptschalttafel / Main switchboard<br>Cleaning, function testing and prepare class survey<br>(# 1.4) | | | |
| 323 | UPS-Service / UPS-Service<br>(# 8.7) | | | |
| 324 | Notschalttafel / Emergency switchboard<br>Cleaning, function testing and prepare class survey<br>(# 1.4) | | | |
| 338 | Bugstrahlruderanlage / Bowthruster<br>Overhaul<br>(# 10.3) | | | |
| 339 | Pump-Jet / Pump-jet<br>Overhaul<br>(# 10.2) | | | |
| 349 | Außendecken und Lichter / Exterior ceiling and lighting<br>Scope of works to be discussed with OR prior start of works<br>(# 5.27) | | | |

Peters Schiffbau GmbH                           02.02.2010

# WORKLIST

**DATE:**    02.02.2010

**PROJECT:**    MY "LE GRAND BLEU"

**CONTRACT NO.:**    203 / 10

**REVISION:**    O

**PROJECT MANAGER:**    CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| POS. | DESCRIPTION | | | | |
|------|-------------|--|--|--|--|
| 358 | AV/IT/Security Lieferant / AV/IT/Security Supplier Assistance<br>(# ) | | | | |
| 370 | Aktuatoren / Electronic valve actuators<br>(# 5.7) | | | | |
| 375 | Klimaanlage / AC machine<br>Overhaul<br>(# 5.12) | | | | |
| 376 | Motoren Klimaanlage / AC machine motors<br>(# 5.12.1) | | | | |
| 377 | Klimaanlage Kino / AC Cinema<br>Overhaul<br>(# 5.12.3) | | | | |
| 378 | Maschinenraumlüftung / Engine room supply fans<br>(# 8.11) | | | | |
| 379 | Abluftschacht Küche / Galley uptake<br>Clean and degrease<br>(# 5.13) | | | | |
| 380 | Swimming Pool / Swimming pool<br>Maintenance<br>(# 5.14) | | | | |
| 381 | Feuerstellen / Fireplaces<br>(# 5.17) | | | | |
| 400 | UWS und Oberwerk waschen / UWS and hull washing<br>Washing after docking<br>(# 19.2) | | | | |
| 415 | UWS- und Bootop-Beschichtung / UWS and bootop painting<br>Scope to be agreed<br>(# 19.2) | | | | |
| 420 | Oberwerk Beschichtung / hull painting<br>Scope to be agreed<br>(# 19.6) | | | | |

# WORKLIST

**DATE:     02.02.2010**

**PROJECT:**              MY "LE GRAND BLEU"

**CONTRACT NO.:**        203 / 10

**REVISION:**            O

**PROJECT MANAGER:**     CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| POS. | DESCRIPTION | | | |
|------|-------------|--|--|--|
| 425 | Einhausung des Schiffes / Tenting of vessel<br>(# 19.12) | | | |
| 450 | Docken des Schiffes / Docking of vessel<br>Incl. adjected works (gangway, fire hose connection, dock cleaning,<br>general lighting)<br>(# 2.14) | | | |
| 457 | Anschluss und Frischwassergestellung /<br>    Supply of fresh water and connection<br>(# 2.4 / 2.4.1) | | | |
| 459 | Gestellung Landanschluss und Stromverbrauch /<br>    Shore connection and power<br>        1. ship<br>        2. working shed<br>(# 2.1 / 2.1.1) | | | |
| 460 | Büro Dockgebäude / Office facilities<br>Provision of dock facilities incl. phones, fax and internet<br>(# ) | | | |
| 461 | Bordmüllbehälter / Garbage disposal from board<br>(# ) | | | |
| 467 | Lieferung an Bord / Deliveries on board<br>(# ) | | | |
| 470 | Tender und Bordinventar aus- und einräumen /<br>    Decommissioning and commissioning of vessel<br>(# ) | | | |
| 471 | Rettungsinseln / Liferafts<br>Inspection ashore incl. certificate<br>(# 1.7) | | | |
| 478 | Kompensierung / Compass swing<br>(# 20.21) | | | |
| 486 | Bewirtungskosten / Nonchargeable expenses<br>(# ) | | | |

# WORKLIST

**DATE:** 02.02.2010

**PROJECT:** MY "LE GRAND BLEU"

**CONTRACT NO.:** 203 / 10

**REVISION:** O

**PROJECT MANAGER:** CARSTEN SÖTJE



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| POS. | DESCRIPTION | | | | |
|------|-------------|---|---|---|---|
| 490 | Benzin- und Kerosintank gasfrei machen nach Inspektion von Firma Alfons Haar / Gasfreeing of petrol and kerosine tank after inspection from company Alfons Haar (# 2.25) | | | | |
| 491 | Entsorgung sonstiger Flüssigkeiten / Disposal of liquids (# 2.18) | | | | |
| 493 | Installation und Gestellung Sicherheitssystem / Installation and supply of security system (# 2.13) | | | | |
| 495 | Bereitstellung von Büroräumen, Aufenthaltsraum und Küche für die Crew / Provision on crew office, day rooms and kitchen (# 2.19) | | | | |
| 496 | Bereitstellung einer beheizten Werkstatt für Crewarbeiten / Provision of crew working heated shed (# 2.20) | | | | |

Peters Schiffbau GmbH

02.02.2010





## SCHEDULE 6

### Standard Terms of Business for Repair, Modification, Dock and Slip Orders (ST Rep)

**I.**

**Validity of the ST Rep.**

The following ST Rep. are valid exclusively for all offers and orders regarding the implementation of repairs and modifications (including maintenance and improvement) of ships as well as ship equipment - hereinafter "ship" - whether with or without docks resp. slips; any deviating conditions of our contractual partners - hereinafter "customer" - are non-binding for us, even if we do not explicitly contradict them.
The most current terms of business are always applicable.

**II.**

**Delivery and pick-up of the ship**

1. The ship must be brought to the front of the dock resp. slip or instructed repair point at the agreed time and must be picked up from there. Unpunctual delivery entitles us, among other things, to otherwise dispose of the dock resp. slip and to demand payment according to our dock and slip rates for every commenced hour of delay, the customer may prove that a damage or reduction of value had not taken place or in an essential less height.
The price list for dock and slip work can be looked at in our office and handed over if required.

2. The ship, especially tankers and chemical ships, must be delivered gasfree and clean and continuously possess a valid gasfree certificate. The crew must remove inflammable and explosive substances from the area in which we are to carry out work. The customer is liable for all damage caused through non-observance of these regulations according to German Law.

3. On request we will arrange mooring teams or make them available against payment; but without any responsibility for the risks connected with mooring.

4. We do not take any responsibility for the risks connected with delivery or pick-up of the ship; not even if the tow or mooring team has been arranged or made available by us against payment.

**III.**

**Risk bearing, duty of care**

1. Objects given to us for the implementation of the order or for storage are stored by us at the customer's expense and risk.
2. We are not liable for loss caused through theft from the ship, from or of its equipment and fittings, and from or of the cargo or parts provided by the orderer.
3. The customer must provide at his own expense security, mooring and position lights in particular, and ship insurance.

**IV.**

**Other work on the ship**

During the ship's stay at our shipyard nobody is allowed to carry out work on the ship without our permission except the ship's crew.

**V.**

**Conclusion of the contract**

1. Our written contract confirmation and, in case such a confirmation does not exist, the written order of the customer is decisive for the scope of work of the order.

2. Even without the written order or written confirmation of the customer, we are entitled to charge for additional work extending the scope of the order when

a) this work has become necessary, because after tendering, or in case we did not tender, after the order had been placed, the German industry standards applicable to the delivery/service

object or the regulations of a classification society, a responsible employees' industrial compensation society or any other official authority have changed;

b) after placing the order and during the implementation of the work, the

additional work became necessary for the proper execution of the customer's order.

c) The additional work is based on an - also verbal - instruction from the customer, which he issued to us after placing the original order.

3. We are not obliged to carry out additional orders issued after conclusion of the contract as long as no written agreement on the price, the effects on the completion date and other consequences has been achieved.

**VI.**

**Consultation**

We may rely on a statement of a classification society, an employees' industrial compensation society or any other official authority and its authorised representatives. We advise the customer to the best of our knowledge, but without any liability whatsoever in the settling of the scope of the order. The customer remains solely responsible for the decision on the scope and usefulness of the ordered services and deliveries.

**VII.**

**Remuneration and conditions of payment**

1. Docking in and docking out resp. slipping in and slipping out of ships is calculated according to our dock and slip rates, which can be viewed by the customer at our premises or can be requested from us.

2. The remuneration for executed services and deliveries is due for payment without any deduction at the latest on completion. In the case of arrears in payment, the shipyard is entitled to demand interest on arrears amounting to 2% p.a. above the respective discount rate of the Deutsche Bundesbank, at the least however 12% p.a., the customer may prove that the damage caused by delay had not taken place or only in an essential less height. During the implementation of the order we are entitled to demand payments on account according to the respective scope of the produced services and deliveries.

3. The removal of snow or rainwater, oil, rust or cargo residue in the area in which we are to carry out any work, as well as the disposal of any refuse caused on board, are not included in the order price and will be invoiced separately according to expense. The same applies to the connection of a telephone line including charges, as well as supplying the ship with electricity, water, gas, oxygen and such, insofar as these are not required for the completion of the order.
The order prices are calculated in such a manner that the scrap remains with us.

4. Cost estimates are only binding for us if we have submitted these in writing and explicitly describe them as binding.

5. The customer cannot refuse his services due to any counterclaims or keep them back to offset counterclaims, unless these counterclaims have been acknowledged by us or juridically confirmed. The customer is only with our explicit confirmation allowed to transfer possible claims against us to a third party.

**VIII.**

**Deadlines and notice periods**

1. Deadlines and notice periods for the implementation are, unless explicitly described as binding by us, only to be understood as approximate and can be exceeded by us by a reasonable period of time.

2. We are not liable for a delay or impossibility of performance that comes about through strike, lockout, or breakdown of any kind or through other circumstances for which we are not responsible;

3. If we get into arrears with our delivery or service for reasons caused by our negligence for more than ninety (90) days the customer may assert damages for delay only. The liability for compensation for assert damages is limited to 5% of the order value, unless we or our legal representatives or executing aide committed an act of gross negligence or committed the assert with intent.

## SCHEDULE 6

**IX.**

**Warranty and notice of defect**

1. The period of limitation for liability claims and other claims against us is 1 year.

2. We can exempt ourselves from our liability for delivery and services carried out by our subcontractors or other supporters first by transferring our claims to the customer which we have against our subcontractors or supporters because of the defects. As far as a court demand of the customer against the subcontractor or supporter had been without success, we are liable to the customer with regard to the claims of defect and reimburse him also the expenses for the demand without success, if they had not been caused by the customer.

3. Replaced parts can become property of the yard, if we want.

The yard is no longer obliged to warrant when the deliveries or services with a defect have been changed, worked at or treated or repaired by a third party not authorised by the yard.

The ships have to be set at the disposal of the yard for carrying out rework. As far as this should economically be not useful, the customer can, with agreement of the yard, let the works be carried out at another yard. The yard reimburses the necessary and verified expenses to the height of the costs that would have occurred at carrying out the works at the yard.

**X.**

**Other liability and compensation claims**

1. Any other liability from our side beyond the aforementioned sub-sections (VIII) and (IX) for direct and indirect damage, regardless of the legal justification, is excluded, unless we or our legal representatives or supporters are guilty of wilfulness or gross negligence.

2. Additionally to the aforementioned restriction of liability (subsection 1.) the following restrictions for the liability of the yard are valid:

Tugging and moving of the ship is only carried out under the responsibility and under payment and risk of the customer, also if the equipment and the personnel is supplied, arranged, or invoiced by the yard. During docking and laying period the yard does not have any duty of care. The guarding of the ship and its cargo during yard stay is exclusively responsibility of the customer. When dangerous works have to be carried out on board of the ship the customer has to attend by own guarding measurements to the fact that the usual care standard is fulfilled and to advise the yard about impending risks. This is especially valid for keeping the legal and official regulations according to protection against fire.

The yard is not liable for damages which result from an already existing lack of stability or seaworthiness. The customer is obliged to indicate explicitly in written form to the yard about circumstances which can harm the stability and the seaworthiness of the ship and despite of correct work carried out by the yard can cause the risk of damaging the ship or it's interior. The condition of the ship necessary for docking (trim and weight) has to be coordinated with the yard and to be set by the customer.

3. The customer is obliged to maintain the usual insurance cover – hull insurance and P+I cover – during the entire yard stay or for the period in which the works are to be carried out, respectively, and to include the yard (agents, senior executives and supporters) into the insurance cover.

**XI.**

1. Place of performance for both parties is the place where our company is situated.

2. The contract continues to be binding even in case of legal ineffectiveness of individual points. Contradicting terms and conditions of business of the client do not apply.

Date: September 2004

*These Terms of Business have been translated from German. In case of misunderstanding the German version is decisive.*

SCHEDULE 7

# Refit & Repair Contract
## Change Order

| Vessel's Name | Change Order No.: | Creation Date: |
|---|---|---|
| MY " LE GRAND BLEU" | | |

| (a) Adjustment to Contract Price: €| (b) Time for payment of Adjustment | (c) Adjustment to Contract Period: |
|---|---|---|
| (d) Affiliation to Contract Position: | (e) Attachment to Change Order: | |

| For Owner | | For Contractor | |
|---|---|---|---|
| Name: | Date: | Name: | Date: |
| Signature: | | Signature: | |

***Price and Servicelist
for repairs and conversions 2010***



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

## General works and expenses

| | | |
|---|---|---|
| Docking of ship | | costs to agreement |
| Slip of ship | | costs to agreement |
| Docks to be prepared (Keel blocks to be rigged and positioned acc. docking plan) | | to invoice at cost |
| daily fees docks/slips | per day | 15 % by agreed price |
| daily fees on wet berth | per day | 75,00 € |
| Tug assistance with docking and shifting at yard Yard own tug „PRIMUS" 5.5 to | per hour | 215,00 € |
| Cleaning of dock (Cleaning during and after repair works) | | to invoice at cost |
| Supply a telephone on board "Samsung M-110" | per time | 45,00 € |
| Telephone costs (according to computer printout) | per unit | 0,17 € |
| Connection of fire hoses, preparation and removal | per time | 115,00 € |
| Shore connection 380 / 220 V, 50 Hz, connecting and removal | per time | 180,00 € |
| Shore connection 440 V, 60 Hz, connecting and removal, 60 kW | per time | 240,00 € |
| Supply of electricity on board | per KWh | 0,30 € |
| Supply of one garbage container for galley and board incl. transport and disposal (general garbage) | per day | 30,00 € |
| Connecting and removal of fresh water supply | per time | 115,00 € |
| Supply of cooling water conection for the vessel | per time | 115,00 € |
| Supply of fresh water | per cbm | 2,80 € |
| Supply of dock / slipway crane for provisions and stores and all general board transports | per hour | 80,00 € |
| Gangway connecting and removal | per time | 125,00 € |

valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

## Cleaning and conservation

| | | |
|---|---|---|
| Underwater hull high pressure wash (400 bar) | per sqm | 0,80 € |
| Underwater hull high pressure wash (750 bar) | per sqm | 2,70 € |
| Underwater hull high pressure wash (1.000 bar) | per sqm | 8,00 € |
| Underwater hull high pressure wash (2.500 bar) | per sqm | 23,50 € |
| Upper work high pressure wash (400 bar) | per sqm | 0,75 € |
| Upper work high pressure wash (1000 bar) | per sqm | 8,00 € |
| Upper work high pressure wash (2.500 bar) | per sqm | 25,50 € |
| Mechanical brushing/ grinding of underwater hull | per sqm | 6,75 € |
| Mechanical brushing/ grinding of upper work | per sqm | 7,50 € |
| Scraping of underwater hull | per sqm | 1,65 € |
| Touching up by spray technique | per sqm | 1,00 € |
| Touching up by rolling | per sqm | 1,30 € |
| Layer by spray technique/ unterwater hull | per sqm | 0,75 € |
| Layer by spray technique/ upper work | per sqm | 1,10 € |
| Layer by rollers | per sqm | 1,65 € |
| Sea chests cooler high pressure cleaning and special coating applying | per piece | 330,00 € |
| Sea chests cooler high pressure cleaning | per piece | 187,00 € |
| Painting of waterline | per meter | 1,60 € |
| Positioning of load and draught marks | all in | 265,00 € |
| Positioning of load or draught marks | all in | 185,00 € |
| Painting of sign for bulbous bow | per piece | 18,50 € |
| Painting of sign for bow thruster | per piece | 18,50 € |
| Shipname and harbour name painting | per letter | 7,50 € |
| Chain locker cleaning and painting | per cbm | 95,00 € |
| Anchor painting | per piece | 255,00 € |
| Disposal of empty paint containers and barrels | per piece | 3,50 € |
| Dock cleaning | per time | 355,00 € |

Above mentioned fees for conservation are without paint supply.

valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

## Protective anodes

| | | |
|---|---|---|
| Greasing and sealing of anodes for conservation | all in | 170,00 € |
| Removal of anodes and fittings | per piece | 7,50 € |

Supply and fitting of new zinc anodes:

| | | |
|---|---|---|
| Anode Z10 (  3,0 kg) | per piece | 38,00 € |
| Anode Z15 (  5,5 kg) | per piece | 48,00 € |
| Anode Z20 (10,0 kg) | per piece | 70,00 € |
| Anode Z26 (13,0 kg) | per piece | 90,00 € |
| Anode Z35 (16,5 kg) | per piece | 101,00 € |

If using aluminiumanodes, the price per piece will increase by 25%.
If using magnesiumanodes, the price per piece will increase by 35%.

## Sea chests

| | | |
|---|---|---|
| Removal of sieves of sea chests (normal size 600 x 600 mm; screwable sieves) and re-fitting/packing after cleaning and conservation, incl. simple scaffolding | per piece | 180,00 € |
| Cleaning and conservation of sea chests | per piece | 90,00 € |
| Cleaning of sea chests | per piece | 45,00 € |

## Miscellaneous

| | | |
|---|---|---|
| Removal and subsequent re-fitting of (screwable) bowthruster grid on port and stb., incl. simple scaffolding | per piece | 165,00 € |
| Measuring and recording of crankshaft web clearance thrust of main engine | | 495,00 € |
| Measuring and recording of clearance of rudder stock and bearing, incl. simple scaffolding | | 155,00 € |

valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN
NEUBAU | UMBAU | REPARATUREN

## Tank cleaning

| | | |
|---|---|---|
| Removal and subsequent re-fitting of drain plugs (over 5 pcs.) | per piece | 31,00 € |
| Removal and subsequent re-fitting of drain plugs (up to 5 pcs.) | per piece | 34,00 € |
| Lifting of man hole cover, re-fitting with new sealing, without filling or protective cover (DIN 83402) | per piece | 93,00 € |
| Asphalt or cement to be removed on top of the man hole cover | per piece | 38,00 € |
| Man hole cover to be sealed with asphalt or cement (DIN 83402) | per piece | 23,00 € |
| Protection cover for man hole, mounting and dismounting | per piece | to invoice at cost |
| Cleaning/flushing of ballast water tanks (up to 5 cm sludge height), provided that sludge is harmless | per cbm | 10,50 € |
| Gasfree cleaning of gas oil tanks | per cbm | 31,00 € |
| Gasfree cleaning of lub.oil/ heavy fuel tanks | per cbm | 55,00 € |
| Gasfree certificate (normal working hours) | á certificate | 455,00 € |
| Disposal oil/water mixture | per cbm | 150,00 € |
| Testing of tank with air or water | per tank | to invoice at cost |
| Gasoil pump down, storage and pump back | per cbm | 48,00 € |

valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN
NEUBAU | UMBAU | REPARATUREN

## Measuring work

Ultra sonic measuring of thickness
incl. recording

| | | |
|---|---|---|
| up to 10 measurements | per piece | 11,50 € |
| up to 20 measurements | per piece | 9,50 € |
| up to 50 measurements | per piece | 8,50 € |
| more than 50 measurements | per piece | 7,50 € |

Laying of anchor and anchor chains
of port and stb. side in dock/slip
(chain size up to 30 mm), measuring of
chains strength and recording — all in — 641,50 €

Weighing of the anchor incl. protocol — per anchor — 110,00 €

Welding the weight on the anchor,
incl. grinding and partly painting work — per anchor — 162,50 €

## Sea valves

Removal of valves for class survey,
cleaning and re-fitting with new sealing
subsequent to class-survey

| size | | |
|---|---|---|
| DN   25 | per piece | 77,65 € |
| DN   32 | per piece | 82,80 € |
| DN   40 | per piece | 88,00 € |
| DN   50 | per piece | 93,15 € |
| DN   65 | per piece | 103,50 € |
| DN   80 | per piece | 113,85 € |
| DN   100 | per piece | 124,20 € |
| DN   125 | per piece | 165,60 € |
| DN   150 | per piece | 258,75 € |
| DN   200 | per piece | 351,90 € |
| DN   250 | per piece | 450,90 € |
| DN   300 | per piece | 612,80 € |

In case of overhaul (grinding of seat, diameter turning
of cone, new packing of spindle):
Extra charge of 40% per valve

valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN
NEUBAU | UMBAU | REPARATUREN

## Gate valves

Removal of valves for class survey,
cleaning and re-fitting with new sealing
subsequent to class-survey

| size |     |           |          |
|------|-----|-----------|----------|
| DN   | 25  | per piece | 98,35 €  |
| DN   | 32  | per piece | 98,35 €  |
| DN   | 40  | per piece | 98,35 €  |
| DN   | 50  | per piece | 108,70 € |
| DN   | 65  | per piece | 113,85 € |
| DN   | 80  | per piece | 124,20 € |
| DN   | 100 | per piece | 155,25 € |
| DN   | 125 | per piece | 186,30 € |
| DN   | 150 | per piece | 248,40 € |
| DN   | 200 | per piece | 351,90 € |
| DN   | 250 | per piece | 450,90 € |
| DN   | 300 | per piece | 612,80 € |

In case of overhaul (grinding of seat, diameter turning
of cone, new packing of spindle):
Extra charge of 40% per valve

## Gate valves

Removal of valves for class survey,
cleaning and re-fitting with new sealing
subsequent to class-survey

| size |     |           |          |
|------|-----|-----------|----------|
| DN   | 25  | per piece | 103,50 € |
| DN   | 32  | per piece | 113,50 € |
| DN   | 40  | per piece | 119,00 € |
| DN   | 50  | per piece | 124,20 € |
| DN   | 65  | per piece | 139,75 € |
| DN   | 80  | per piece | 217,35 € |
| DN   | 100 | per piece | 258,75 € |
| DN   | 150 | per piece | 390,50 € |
| DN   | 200 | per piece | 535,25 € |
| DN   | 250 | per piece | 705,85 € |
| DN   | 300 | per piece | 830,00 € |

Without new or spare parts except packing, if accessable.

valid until 31.12.2010

***Price and Servicelist***
***for repairs and conversions 2010***



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN
NEUBAU | UMBAU | REPARATUREN

| | |
|---|---|
| Shipbuilding mechanic | 52,00 € |
| Engineering mechanic | 52,00 € |
| Shipfitter | 52,00 € |
| Carpenter | 52,00 € |
| Electrician | 52,00 € |
| Cleaner and fire guard | 30,00 € |
| Flame cutting hand | 55,00 € |
| Welder | 55,00 € |
| Lathe work | 60,00 € |
| Foreman | 60,00 € |
| Flame cutting machine | 62,00 € |
| Hydraulic press | 62,00 € |
| Crane and fork lift | 65,00 € |
| Technical office | 68,00 € |

 valid until 31.12.2010

*Price and Servicelist*
*for repairs and conversions 2010*



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN
NEUBAU | UMBAU | REPARATUREN

## Location

Being located at the intersection point between the river Elbe and the Kiel-Canal,
we offer ideal possibilities of repair for any ships with a maximum breadth of
approximately 21.70 m.
We can allocate two modern dry docks with a length of 110 m and 135 m.
Further more we have two slipways for vessels up to 90 m.
As we know that it is most important to coordinate the different kind of ship repairs
and to deal with each problem individually, it is our first aim to finish every repair work in time.
Repair work can only be done successfully with a high extent of flexibility, this teamwork and
unbureaucratic ways of communication guarantee the realization of our aims.

Our own high-skilled mobile repair service offers any type of ship repair on
bord during voyage or in harbours.

### Contact persons repair / refit department:

**Project Manager:**                                          **Email:**
Mr. Nils Nordbeck        +49 (0) 4829 - 71 212        n.nordbeck@peters-schiffbau.de
Mr. Jens Mehlert         +49 (0) 4829 - 71 425        j.mehlert@peters-schiffbau.de
Mr. Frank Ziebart        +49 (0) 4829 - 71 293        f.ziebart@peters-schiffbau.de
Mr. Peter Weber          +49 (0) 4829 - 71 231        p.weber@peters-schiffbau.de
Mr. Lars Biemüller       +49 (0) 4829 - 71 253        l.biemüller@peters-schiffbau.de

**Secretariat:**
Mrs. Plotraschke         +49 (0) 4829 - 71 250        m.plotraschke@peters-schiffbau.de
Mrs. Kroos               +49 (0) 4829 - 71 249        e.kroos@peters-schiffbau.de

**Peters Schiffbau GmbH**
Am Hafen 6
25599 Wewelsfleth        +49 (0) 4829 - 71 0          info@peters-schiffbau.de



8 of 8

valid until 31.12.2010

**SCHEDULE 9**

Peters Schiffbau GmbH
Am Hafen 6
25599 Wewelsfleth / Germany                    _____ February 2010


**Confidentiality Undertaking**


Dear Sirs,

You are in contact with us regarding the potential retention of our services regarding envisaged maintenance works on the M/Y LE GRAND BLEU (the "Yacht"). We are aware that as part of our discussions you will possibly make available to us information regarding ownership of the Yacht, contract prices, design, specification, plans, drawings, technical information, test results or data or any other information whatsoever relating to the Yacht ("Confidential Information").

We herewith undertake to ensure, that we, our employees, officers, directors, shareholders, legal counsels, accountants, consultants and any other persons within our control will not disclose, describe, distribute or otherwise communicate to any person or persons except to the Owner of the Yacht and its designated representatives or employees or to persons employed by the Ship Yard in relation with the maintenance works on the Yacht any Confidential Information.


Yours sincerely,


For and on behalf of


_____

*EXHIBIT 2*

**Kopie**



PETERS Schiffbau GmbH . Am Hafen 6 . 25599 Wewelsfleth

**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

Ashchurch Holdings Ltd.
3rd floor, Omar Hodge Building
Wickhams Cay 1,
Road Town, Tortola
British Virgin Islands

**MY "LE GRAND BLEU"**                          Wewelsfleth, 23.07.2010
**Order No. 203/10**                            Sö-St
**Yard time from 7th Feb 2010 to 09th June 2010**

**7. INVOICE-NO.: 10198**

Cust.No.: 401 107

| Pos. | | | | | | EUR |
|------|--|--|--|--|--|-----|
| 003 | **Anchors and chains** | | | | | |
| | Pull out both forward anchors and chains and layout for class survey. | | | | | |
| | Supply and fit two new anchor chains and swivels, sandblast and | | | | | |
| | paint both anchors | | | | | |
| | Pull out stern anchor and chain and layout for class survey. | | | | | |
| | Repair works on rubber in hawse pipes forward | | | | | |
| | (# 1.8) | | | | | |
| | 27,00 hrs. shipfitter | à | 52,00 | 1.404,00 | | |
| | 9,00 hrs. shipfitter foreman | à | 60,00 | 540,00 | | |
| | external services / material | | | | | |
| | invoices as per list | | | 7.371,64 | | |
| | | | | | 9.315,64 | |
| 033 | **Repair works on aluminium funnel cracks** | | | | | |
| | Access works, cut out plate, weld in new aluminium plate, grinding and | | | | | |
| | painting of working area | | | | | |
| | 4,00 hrs. shipbuilder | à | 52,00 | 208,00 | | |
| | external services / material | | | | | |
| | invoices as per list | | | 247,40 | | |
| | | | | | 455,40 | |

PETERS Schiffbau GmbH . Am Hafen 6 . 25599 Wewelsfleth . Germany . Geschäftsführer: Mark Dethlefs
Tel.: +49 (0)4829/71-0 . Fax (General): +49 (0)4829/71-290 . Fax (Financial): +49 (0)4829/71-298 . E-mail: info@peters-schiffbau.de . www.peters-schiffbau.de
Sitz der Gesellschaft: Wewelsfleth . Amtsgericht Pinneberg HRB: 2414 IZ . St.-Nr.: FA Itzehoe 1829026928 . USt-Id. Nr.: DE 813042755
Sparkasse Westholstein . BLZ: 222 500 20 . Konto: 74 001 629 . IBAN: DE51 2225 0020 0074 0016 29 . BIC (SWIFT): NOLADE21WHO
HSH Nordbank . BLZ: 210 500 00 . Konto: 53 007 385 . Hamburger Sparkasse . BLZ: 200 505 50 . Konto: 1232/125011



1



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 037 | **Repair crack at Emergency Generator Room**<br>Remove filler on the exterior and flooring in the Emergency Generator Room<br>Place sill in front of door in the EGR and fill gap with Semtex.<br>Filling and painting of working areas, renew flooring in EGR<br>(# 1.23) | | |
|---|---|---|---|
| | external services / material<br>invoices as per list | 1.048,19 | 1.048,19 |
| 058 | **Supply and installation of new A60 doors on funnel deck and heli hangar** | | |
| | external services / material<br>invoices as per list | 649,00 | 649,00 |
| 059 | **Replace window glasses on hull and superstructure**<br>Replace window in door of Emergency Generator Room<br>Remove all 8 leaking window glasses of the Toystore<br>Replace 3 broken glasses with the removed ones from the removed steel<br>of the Beach Club, Supply and fit seals for all windows<br>(# 20.13.1 / 20.13.2) | | |
| | external services / material<br>invoices as per list | 107,47 | |
| | material | 9,97 | 117,44 |



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 075 | **Fit existing supply box hatch on Foredeck** | | | | |
|---|---|---|---|---|---|
| | 2,00 hrs. shipfitter foreman | à | 60,00 | 120,00 | |
| | 51,00 hrs. shipfitter | à | 52,00 | 2.652,00 | |
| | material | | | 30,48 | |
| | | | | | 2.802,48 |

| 101 | **Propeller, shaft survey as per class instruction** | | | | |
|---|---|---|---|---|---|
| | Remove propellers, grind edges and reinstall them afterwards | | | | |
| | Remove and install guard plates | | | | |
| | Split and pull PS & Stb shaft, pull all 8 bearings and renew the rubber | | | | |
| | in inside surface, supply 2 damaged bearings (aft PS & STB side) | | | | |
| | Fit new bearings and recommission shafts | | | | |
| | Renew plastic cover around fwd end of propeller shafts | | | | |
| | (# 12.1) | | | | |
| | 4,00 hrs. electrician | à | 52,00 | 208,00 | |
| | 18,00 hrs. mechanical engineer | à | 52,00 | 936,00 | |
| | 7,50 hrs. mechanical foreman | à | 60,00 | 450,00 | |
| | external services / material | | | | |
| | invoices as per list | | | 4.505,51 | |
| | material | | | 58,00 | |
| | | | | | 6.157,51 |

| 103 | **Bow thruster** | | | | |
|---|---|---|---|---|---|
| | Inspection and carry out test (by RMTec) when boat in water. | | | | |
| | Maintenance and testing of inverters | | | | |
| | (# 8.9) | | | | |
| | external services / material | | | | |
| | invoices as per list | | | 4.783,90 | |
| | | | | | 4.783,90 |

| 104 | **Main engine** | | | | |
|---|---|---|---|---|---|
| | Overhaul PS main engine as per Wärtsilä / yard offer | | | | |
| | (# 6.2) | | | | |
| | external services / material | | | | |
| | invoices as per list | | | 1.065,08 | |
| | material | | | 7,71 | |
| | | | | | 1.072,79 |

3



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 106 | **Generators 1-3**<br>Carry out maintenance works as per Wärtsilä / yard offer<br>(# 1.34) | | | | |
|---|---|---|---|---|---|
| | 9,00 hrs. shipfitter | à | 52,00 | 468,00 | |
| | external services / material<br>invoices as per list | | | 97,02 | |
| | | | | | 565,02 |
| 107 | **Repair works of Main Engine foundations**<br>Repairs as per solution worked out by Wärtsilä, SKF and MIM | | | | |
| | 9,50 hrs. mechanical engineer | à | 52,00 | 494,00 | |
| | external services / material<br>invoices as per list | | | 1.546,38 | |
| | Investigation of engine foundation by Prof. Dr. Rulfs | | | 7.080,00 | |
| | material | | | 2,48 | |
| | | | | | 9.122,86 |
| 112 | **Check of scuppers on board and bring into service** | | | | |
| | 52,00 hrs. mechanical engineer | à | 52,00 | 2.704,00 | |
| | 3,00 hrs. mechanical foreman | à | 60,00 | 180,00 | |
| | external services / material<br>invoices as per list | | | 75,02 | |
| | material | | | 7,70 | |
| | | | | | 2.966,72 |
| 119 | **Ballast pump**<br>Overhaul and present LRS for survey<br>(# 5.2) | | | | |
| | 7,75 hrs. mechanical engineer | à | 52,00 | 403,00 | |
| | 2,00 hrs. mechanical foreman | à | 60,00 | 120,00 | |
| | external services / material<br>invoices as per list | | | 131,73 | |
| | | | | | 654,73 |



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 146 | **Anchors and mooring winches forward** | | | |
|---|---|---|---|---|
| | Inspection, overhaul and painting at the manufacturer | | | |
| | (# 1.9) | | | |
| | 6,00 hrs. carpenter | à | 52,00 | 312,00 |
| | 5,50 hrs. crane | à | 80,00 | 440,00 |
| | 2,00 hrs. electrician | à | 52,00 | 104,00 |
| | 13,75 hrs. mechanical engineer | à | 52,00 | 715,00 |
| | 3,00 hrs. mechanical foreman | à | 60,00 | 180,00 |
| | external services / material | | | |
| | invoices as per list | | | 407,22 |
| | | | | **2.158,22** |

| 148 | **Liferaft davits on Sun Deck** | | | |
|---|---|---|---|---|
| | Maintenance works and preparation for class inspection. | | | |
| | Mechanical overhaul at manufacturer. | | | |
| | (# 1.7) | | | |
| | 0,75 hrs. electrician | à | 52,00 | 39,00 |
| | 21,00 hrs. shipfitter | à | 52,00 | 1.092,00 |
| | 4,00 hrs. shipfitter foreman | à | 60,00 | 240,00 |
| | material | | | 19,27 |
| | | | | **1.390,27** |

5



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| | | | | | |
|---|---|---|---|---|---|
| **162** | **Fire doors** | | | | |
| | Inspect fire doors for class survey | | | | |
| | (# 1.30) | | | | |
| 110,75 hrs. shipfitter | | à | 52,00 | 5.759,00 | |
| 13,50 hrs. shipfitter foreman | | à | 60,00 | 810,00 | |
| 0,50 hrs. lathe work | | à | 60,00 | 30,00 | |
| | material | | | 207,00 | |
| | | | | | 6.806,00 |
| **163** | **Watertight sliding doors** | | | | |
| | Inspect watertight sliding doors for class survey | | | | |
| | (# 1.31) | | | | |
| 17,00 hrs. shipfitter | | à | 52,00 | 884,00 | |
| 2,00 hrs. shipfitter foreman | | à | 60,00 | 120,00 | |
| 6,00 hrs. carpenter | | à | 52,00 | 312,00 | |
| | external services / material | | | | |
| | invoices as per list | | | 102,30 | |
| | material | | | 184,06 | |
| | | | | | 1.602,36 |
| **170** | **Stabilizers** | | | | |
| | Pulling of fins, renewal of seals | | | | |
| | (# 10.4) | | | | |
| | external services / material | | | | |
| | invoices as per list | | | 2.499,15 | |
| | | | | | 2.499,15 |
| **175** | **Telescopic mast on Foredeck** | | | | |
| | Overhaul and bring into service | | | | |
| | (# 9.1) | | | | |
| | external services / material | | | | |
| | invoices as per list | | | 198,00 | |
| | | | | | 198,00 |

6



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 176 | **Swim ladder on stern platform** | | | |
|---|---|---|---|---|
| | Overhaul and bring into service (SB, frame -11) | | | |
| | Trunks to be cleaned | | | |
| | Remote control to be overhauled | | | |
| | (# 9.1) | | | |
| 89,50 hrs. shipfitter | à | 52,00 | 4.654,00 | |
| 4,00 hrs. shipfitter foreman | à | 60,00 | 240,00 | |
| | external services / material | | | |
| | invoices as per list | | 37,84 | |
| | material | | 139,99 | |
| | | | | 5.071,83 |

| 180 | **Work on all deck lifting cranes** | | |
|---|---|---|---|
| | Overhaul as per specification | | |
| | 1 Foredeck-Crane | | |
| | 4 Main Deck Davits | | |
| | 2 Gantry Cranes under Helideck | | |
| | 2 Cramm Cranes on Owner's Deck | | |
| | (# 9.1) | | |
| | external services / material | | |
| | invoices as per list | 31.451,20 | |
| | material | 1.033,88 | |
| | | | 32.485,08 |

| 185 | **Work on shell doors** | | |
|---|---|---|---|
| | Overhaul as per specification | | |
| | 2x Toystore (SB & PS, frame 30) | | |
| | Crew Entrance (PS, frame 89) | | |
| | Owner's Entrance (SB, frame 89) | | |
| | 2x Bunker Doors (SB & PS, frame 19) | | |
| | Landing craft store (SB, frame 10) | | |
| | Stern door (SB & PS, frame -4) | | |
| | Lifting floor (SB & PS, frame -6) | | |
| | (# 9.1) | | |
| | external services / material | | |
| | invoices as per list | 1.811,69 | |
| | | | 1.811,69 |



PETERS
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 195 | **Central hydraulic system**<br>Overhaul as per specification<br>Oil supply by crew<br>(# 9.1) | | | | |
|---|---|---|---|---|---|
| 23,00 hrs. shipbuilder | | à | 52,00 | 1.196,00 | |
| | external services / material<br>invoices as per list | | | 2.374,91 | |
| | material | | | 52,11 | |
| | | | | | 3.623,02 |
| 198 | **Steering gear**<br>Overhaul as per specification<br>Oil supply by crew<br>(# 9.1) | | | | |
| | external services / material<br>invoices as per list | | | 70,40 | |
| | | | | | 70,40 |
| 199 | **Side boarding ladders**<br>Overhaul and improve (Main Deck, SB & PS, frame 50)<br>(# 9.1) | | | | |
| | external services / material<br>invoices as per list | | | 343,31 | |
| | | | | | 343,31 |
| 200 | **Protection**<br>Delivery and assistance for crew protection<br>(# 4.1 - 4.4) | | | | |
| 58,00 hrs. carpenter | | à | 52,00 | 3.016,00 | |
| | external services / material<br>invoices as per list | | | 150,83 | |
| | material | | | 3.348,08 | |
| | | | | | 6.514,91 |

8



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

**203**  **Gas safety check and service of galley ranges and barbecue**

external services / material
invoices as per list | | | 3.117,89 |
| | | | | 3.117,89

**231**  **Sanding of all exterior teak decks prior departure**

| 9,25 hrs. carpenter | à | 52,00 | 481,00 |
| 4,50 hrs. electrician | à | 52,00 | 234,00 |
| 2,00 hrs. shipfitter foreman | à | 60,00 | 120,00 |

external services / material
invoices as per list | | | 182,82 |

material | | | 30,46 |
| | | | 1.048,28

**233**  **Upgrade of exterior staircase aft**
(Main Deck frame 0)
Corrosion treatment, renewal of steps, roller painting wall panels,
replacement of deckhead panels

| 16,75 hrs. carpenter | à | 52,00 | 871,00 |
| 8,00 hrs. lathe work | à | 60,00 | 480,00 |
| 3,00 hrs. shipbuilder | à | 52,00 | 156,00 |

material | | | 133,03 |
| | | | 1.640,03

**240**  **Aquarium bar**
Upgrade (Cabin deck, frame 1), carpentry repair work
(# 21.1)

external services / material
invoices as per list | | | 5,72 |
| | | | 5,72



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 241 | **Aquarium bar**<br>Mechanical improvements and maintenance<br>Scope as per offer of Aquarium Tonndorf | | | | |
|---|---|---|---|---|---|
| | 23,00 hrs. shipbuilder | à | 52,00 | 1.196,00 | |
| | external services / material<br>invoices as per list | | | 374,88 | |
| | material | | | 64,27 | |
| | | | | | 1.635,15 |
| 245 | **Supply and fit new crew entrance door**<br>(Cabin Deck, frame 89, PS) | | | | |
| | 2,00 hrs. shipfitter foreman | à | 60,00 | 120,00 | |
| | 9,00 hrs. shipfitter | à | 52,00 | 468,00 | |
| | | | | | 588,00 |
| 250 | **Tank inspections for class survey**<br>Open up, clean and gas-freeing of tanks requested by class<br>(# 1.2) | | | | |
| | 2,50 hrs. electrician | à | 52,00 | 130,00 | |
| | external services / material<br>invoices as per list | | | 11.981,46 | |
| | | | | | 12.111,46 |
| 251 | **Conversion "Beachclub"**<br>1. Modification SPA area<br>2. Development of a Beach Club<br>3. Conversion of the existing sauna beneath the exterior steps<br>    to a day head<br>4. Stor in Toystore aft<br>(# 1.10) | | | | |
| | external services / material<br>invoices as per list | | | 25.412,40 | |
| | material | | | 324,21 | |
| | | | | | 25.736,61 |



**PETERS**
SCHIFFBAU
NEUBAU I UMBAU I REPARATUREN

| | | | | |
|---|---|---|---|---|
| **270** | **Painting of tenderboat cradles**<br>Replace mild steel by stainless steel<br>Keep existing wood, replace leather | | | |
| 25,00 hrs. carpenter | à | 52,00 | 1.300,00 | |
| 31,50 hrs. shipfitter | à | 52,00 | 1.638,00 | |
| external services / material<br>invoices as per list | | | 64,35 | |
| material | | | 269,81 | |
| | | | | 3.272,16 |
| **275** | **Paintwork and repairs on foundations for tenderboats** | | | |
| external services / material<br>invoices as per list | | | 441,32 | |
| material | | | 10,95 | |
| | | | | 452,27 |
| **280** | **Paint-Repairwork on superstructure** | | | |
| 2,50 hrs. shipfitter | à | 52,00 | 130,00 | |
| | | | | 130,00 |
| **301** | **Alternator 1-3**<br>**Overhaul of alternators 1-3 on board**<br>**(# 8.1.3)** | | | |
| external services / material<br>invoices as per list | | | 1.002,13 | |
| | | | | 1.002,13 |
| **303** | **Automation renewal Assistance**<br>**(# 26.2)** | | | |
| 18,00 hrs. technical office | à | 68,00 | 1.224,00 | |
| | | | | 1.224,00 |



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 304 | **Bridge installation assistance**<br>(# 26.1) | | | | |
|---|---|---|---|---|---|
| | 1,25 hrs. carpenter | à | 52,00 | 65,00 | |
| | 3,00 hrs. electrician | à | 52,00 | 156,00 | |
| | 9,00 hrs. technical office | à | 68,00 | 612,00 | |
| | external services / material<br>invoices as per list | | | 3.518,15 | |
| | | | | | 4.351,15 |
| 312 | **Fire pumps**<br>Overhaul and present LRS for survey<br>(# 5.3) | | | | |
| | material | | | 0,44 | |
| | | | | | 0,44 |
| 328 | **Fire Detection**<br>**Test of system, class works, upgrade to new Beach Club area**<br>**(# 5.16)** | | | | |
| | external services / material<br>invoices as per list | | | 1.213,38 | |
| | | | | | 1.213,38 |
| 339 | **Pump-jet**<br>Deinstallation and overhaul in workshop of the manufacturer<br>Spare parts supplied by crew (Schottel USA)<br>Supply and installation of owner's supplied items and minor new parts<br>Installation of unit and commissioning after undocking<br>(# 10.2) | | | | |
| | 188,00 hrs. shipbuilder | à | 52,00 | 9.776,00 | |
| | external services / material<br>invoices as per list | | | 3.776,41 | |
| | | | | | 13.552,41 |



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 349 | **Exterior ceiling and lighting** | | | | |
|---|---|---|---|---|---|
| | Owner Deck sides and Helideck-tower aft ( Bridge Deck level) | | | | |
| | to be renewed | | | | |
| | Paint touch-up of interior deckheads/surrounding steel work, | | | | |
| | Supply and fit new deck lights and speakers, | | | | |
| | (# 5.27) | | | | |
| | 17,00 hrs. shipbuilder | à | 52,00 | 884,00 | |
| | | | | | 884,00 |
| 358 | **Supportwork for AV/IT & CCTV** | | | | |
| | Assistance for the installation by Triton | | | | |
| | 3,50 hrs. carpenter | à | 52,00 | 182,00 | |
| | 15,50 hrs. shipfitter | à | 52,00 | 806,00 | |
| | 3,00 hrs. shipfitter foreman | à | 60,00 | 180,00 | |
| | external services / material | | | | |
| | invoices as per list | | | 2.421,98 | |
| | material | | | 4,86 | |
| | | | | | 3.594,84 |
| 375 | **AC machine** | | | | |
| | Overhaul | | | | |
| | (# 5.12) | | | | |
| | 6,00 hrs. mechanical engineer | à | 52,00 | 312,00 | |
| | 1,00 hr. mechanical foreman | à | 60,00 | 60,00 | |
| | 22,00 hrs. shipbuilder | à | 52,00 | 1.144,00 | |
| | material | | | 33,24 | |
| | | | | | 1.549,24 |
| 376 | **Replace defect fire flaps as per class requirement** | | | | |
| | | | | 5.236,00 | |
| | | | | | 5.236,00 |

13



| | | | | | |
|---|---|---|---|---|---|
| 377 | **AC Cinema**<br>Overhaul<br>(# 5.12.3) | | | | |
| | external services / material<br>invoices as per list | | | 1.506,74 | 1.506,74 |
| 381 | **Fireplaces**<br>(# 5.17) | | | | |
| | external services / material<br>invoices as per list | | | 984,50 | 984,50 |
| 415 | **UWS and bootop painting**<br>3 000 bar blasting, sweeping, paint application as per<br>International Paint Specification (Antifouling: Micron Extra)<br>(# 19.2) | | | | |
| | external services / material<br>invoices as per list | | | 605,77 | 605,77 |
| 420 | **Hull painting**<br>Sanding, application as per International Paint Specification<br>(# 19.6) | | | | |
| | external services / material<br>invoices as per list | | | 2.542,43 | 2.542,43 |
| 450 | **Docking of vessel**<br>Incl. adjected works (gangway, fire hose connection, dock cleaning,<br>general lighting)<br>(# 2.14) | | | | |
| | 6,00 hrs. electrician | à | 52,00 | 312,00 | 312,00 |
| 451 | **Prepare dock with palls and supports Gangway etc.** | | | | |
| | 17,75 hrs. welder | à | 55,00 | 976,25 | 976,25 |



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| 453 | **Prepare berthing arrangement** Tugboat, lines men, gangway etc. | | | | |
|---|---|---|---|---|---|
| | 7,00 hrs. tug assistance by "PRIMUS" | à | 215,00 | 1505,00 | |
| | 10,50 hrs. forklift | à | 65,00 | 682,50 | |
| | 12,00 hrs. shipfitter | à | 52,00 | 624,00 | |
| | 3,00 hrs. shipfitter foreman | à | 60,00 | 180,00 | |
| | external services / material invoices as per list | | | 1.828,20 | |
| | material | | | 471,64 | |
| | | | | | 5.291,34 |

| 459 | **Shore connection and power** 1. Ship, 2. working shed (# 2.1 / 2.1.1) | | | | |
|---|---|---|---|---|---|
| | 1) + 2)  Kwh 12.806 | à | 0,25 | 3201,5 | |
| | 30,25 hrs. electrician | à | 52,00 | 1.573,00 | |
| | | | | | 4.774,50 |

| 460 | **Office facilities** Provision of dock facilities incl. phones, fax and internet | | | | |
|---|---|---|---|---|---|
| | Provision on crew office, day rooms and kitchen 1.850 à month | 25 days | | 1.541,67 | |
| | 7 mobilephones "Samsung M-110" monthly charge June connections (will be charged when invoice has been created) | à | 25,00 | 175,00 | |
| | "T-Octophon" connections | | | 1.506,66 | |
| | 4,00 hrs. electrician | à | 52,00 | 208,00 | |
| | external services / material invoices as per list | | | 1.881,72 | |
| | | | | | 5.313,05 |



**461**        **Garbage disposal from board**

Supply of one garbage container for galley
and board                                    à        30,00        750,00

6,00 hrs. crane                              à        80,00        480,00
66,50 hrs. forklift                          à        65,00      4.322,50
                                                                               5.552,50

**462**        **Assorted municipal solid waste for application**

external services / material
invoices as per list                                              2.739,44
                                                                               2.739,44

**467**        **Deliveries on board**

45,00 hrs. carpenter                         à        52,00      2.340,00
9,00 hrs. lathe work                         à        60,00        540,00
1,00 hrs. technical office                   à        68,00         68,00

external services / material
invoices as per list                                             16.422,41

material                                                          3.207,45
                                                                              22.577,86

**468**        **Provision of crane for crew works**

11,00 hrs. forklift                          à        65,00        715,00
9,50 hrs. crane                              à        80,00        760,00
                                                                               1.475,00

**470**        **Decommissioning and commissioning of vessel**

49,50 hrs. crane                             à        80,00      3.960,00
13,00 hrs. carpenter                         à        52,00        676,00
18,50 hrs. forklift                          à        65,00      1.202,50
109,50 hrs. shipfitter                       à        52,00      5.694,00
23,00 hrs. shipfitter foreman                à        60,00      1.380,00

material                                                             22,72
                                                                              12.935,22



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

**483**   **Deliveries**
FedEx, DHL, etc.      520,99
       520,99

**491**   **Disposal of liquids**
**(# 2.18)**

external services / material
invoices as per list     6.519,34
       6.519,34

**496**   **Provision of crew working heated shed**
**excluding electrical heating**
**(# 2.20)**

| | | | | |
|---|---|---|---|---|
| Provision of crew working heated shed à month 750,00 | 25 days | | 625,00 | |
| 5,50 hrs. electrician | à | 52,00 | 286,00 | |
| | | | | 911,00 |

**497**   **Bellatrix and Sirius off and on board**

| | | | | |
|---|---|---|---|---|
| 4,25 hrs. electrician | à | 52,00 | 221,00 | |
| 1,00 hr. shipfitter foreman | à | 60,00 | 60,00 | |

costs for damaged trailer Glogau (still in negotiation)
will be charged when invoice has been created

external services / material
invoices as per list     6,31
       287,31



**PETERS**
SCHIFFBAU

NEUBAU | UMBAU | REPARATUREN

| 500 | **Support crew**<br>Installing washing machines, dryers, etc. | | |
|---|---|---|---|
| | external services / material<br>invoices as per list | | 2.164,70 |
| | material | | 683,18 |
| | | | 2.847,88 |
| 502 | **Discounts** | | |
| | Lethe GmbH | | -10.000,00 |
| | Sottmann Spezial-Gerüstbau | | -6.000,00 |
| | | | -16.000,00 |

7 83700

SWH 1951 21.10.10

248.848,80

e. & o.e.
100.000,—

The amount is payable within 7 days net. Rest :

148.848,80

Bank reference:
Sparkasse Westholstein 222 500 20
Acc. no. 74001629
IBAN: DE51 2225 0020 0074 0016 29
BIC (SWIFT): NOLADE21WHO
VAT exemption
VAT-free according to german law, VAT Act §§ 6/6a

GEBUCHT
2 8. JULI 2010
Journ. Fol 721

PETERS Schiffbau GmbH . Am Hafen 6 . 25599 Wewelsfleth



**PETERS**
SCHIFFBAU

NEUBAU | UMBAU | REPARATUREN

Ashchurch Holdings Ltd.
3rd floor, Omar Hodge Building
Wickhams Cay 1,
Road Town, Tortola
British Virgin Islands

Wewelsfleth, 19.08.2010
Sö-Dr

**MY "LE GRAND BLEU"**
Order No. 203/10
Yard time from 7th Feb 2010 to 09th June 2010

**FINAL-INVOICE-NO.: 10233**

Cust.No.: 401 107

| Pos. | | | | | EUR |
|------|---|---|---|---|-----|
| 060 | **Supply and fit of bases for tender and gantry cranes fabricate 4 tender cradles, chock supplied by crew** | | | | |
| | 2,00 hrs. forklift | à | 65,00 | 130,00 | |
| | 32,75 hrs. shipfitter | à | 52,00 | 1.703,00 | |
| | 1,00 hrs. shipfitter foreman | à | 60,00 | 60,00 | |
| | 3,00 hrs. welder | à | 55,00 | 165,00 | |
| | external services / material invoices as per list | | | 5.768,63 | |
| | material | | | 651,55 | |
| | | | | | 8.478,18 |
| 134 | **Exhaustpipe and funnel insulation renewal** Removal and installation of old insulation Cleaning and painting of funnel casing Replace damaged parts (seals, lights, foundations, ...) (# 7.1) | | | | |
| | 60,00 hrs. shipbuilder | à | 52,00 | 3.120,00 | |
| | external services / material invoices as per list | | | 139,92 | |
| | material | | | 12,96 | |
| | | | | | 3.272,88 |
| 135 | **Supply and installation of a ventilation system in funnel casing** | | | | |
| | 56,00 hrs. shipbuilder | à | 52,00 | 2.912,00 | |
| | external services / material invoices as per list | | | 6.192,13 | |
| | material | | | 1,55 | |
| | | | | | 9.105,68 |

PETERS Schiffbau GmbH . Am Hafen 6 . 25599 Wewelsfleth . Germany . Geschäftsführer: Mark Dethlefs
Tel.: +49 (0)4829/71-0 . Fax (General): +49 (0)4829/71-290 . Fax (Financial): +49 (0)4829/71-298 . E-mail: info@peters-schiffbau.de . www.peters-schiffbau.de
Sitz der Gesellschaft: Wewelsfleth . Amtsgericht Pinneberg HRB: 2414 IZ . St.-Nr.: FA Itzehoe 1829026928 . USt-Id. Nr.: DE 813042755
Sparkasse Westholstein . BLZ: 222 500 20 . Konto: 74001 629 . IBAN: DE51 2225 0020 0074 0016 29 . BIC (SWIFT): NOLADE21WHO
HSH Nordbank . BLZ: 210 500 00 . Konto: 53 007 385 . Hamburger Sparkasse . BLZ: 200 505 50 . Konto: 1232/125011



1



**PETERS**
SCHIFFBAU
NEUBAU | UMBAU | REPARATUREN

| | | | | | |
|---|---|---|---|---|---|
| 149 | **Lifeboat davits on Owner's Deck**<br>Maintenance works and preparation for class inspection<br>Complete paint job<br>(# 1.15) | | | | |
| | 12,50 hrs. crane | à | 80,00 | 1.000,00 | |
| | 7,75 hrs. electrician | à | 52,00 | 403,00 | |
| | 1,00 hr. forklift | à | 65,00 | 65,00 | |
| | 49,00 hrs. mechanical engineer | à | 52,00 | 2.548,00 | |
| | 4,00 hrs. mechanical foreman | à | 60,00 | 240,00 | |
| | 95,00 hrs. shipfitter | à | 52,00 | 4.940,00 | |
| | 5,25 hrs. shipfitter foreman | à | 60,00 | 315,00 | |
| | external services / material<br>invoices as per list | | | 9.286,63 | |
| | material | | | 173,66 | |
| | | | | | 18.971,29 |
| 176 | **Schwimladder overhaul** | | | | |
| | external services / material<br>invoices as per list | | | 7.490,45 | |
| | | | | | 7.490,45 |
| 178 | **Pantograph doors**<br>1x Owner's Deck (PS, frame 117)<br>1x Observation Deck (SB, frame 100)<br>(# 9.1) | | | | |
| | 17,00 hrs. shipbuilder | à | 52,00 | 884,00 | |
| | | | | | 884,00 |
| 180 | **Work on all deck lifting cranes**<br>Overhaul as per specification<br>1 Foredeck-Crane<br>4 Main Deck Davits<br>2 Gantry Cranes under Helideck<br>2 Cramm Cranes on Owner's Deck<br>(# 9.1) | | | | |
| | 5,50 hrs. carpenter | à | 52,00 | 286,00 | |
| | 39,50 hrs. crane | à | 80,00 | 3.160,00 | |
| | 1,00 hr. electrician | à | 52,00 | 52,00 | |
| | 5,50 hrs. mechanical engineer | à | 52,00 | 286,00 | |
| | 79,75 hrs. shipfitter | à | 52,00 | 4.147,00 | |
| | 27,50 hrs. shipfitter foreman | à | 60,00 | 1.650,00 | |
| | | | | | 9.581,00 |
| 185 | **Work on shell doors**<br>Overhaul as per specification<br>2x Toystore (SB & PS, frame 30)<br>Crew Entrance (PS, frame 89)<br>Owner's Entrance (SB, frame 89)<br>2x Bunker Doors (SB & PS, frame 19)<br>Landing craft store (SB, frame 10)<br>Stern door (SB & PS, frame -4)<br>Lifting floor (SB & PS, frame -6)<br>(# 9.1) | | | | |

2



**PETERS**
SCHIFFBAU

NEUBAU | UMBAU | REPARATUREN

| | | | | | |
|---|---|---|---|---|---|
| | 1,00 hr. lathe work | à | 60,00 | 60,00 | |
| | 35,00 hrs. shipbuilder | à | 52,00 | 1.820,00 | |
| | 94,00 hrs. shipfitter | à | 52,00 | 4.888,00 | |
| | | | | | 6.768,00 |

**198**     **Steering gear**
Overhaul as per specification
Oil supply by crew
(# 9.1)

| | | | | | |
|---|---|---|---|---|---|
| | 22,50 hrs. shipbuilder | à | 52,00 | 1.170,00 | |
| | | | | | 1.170,00 |

**199**     **Side boarding ladders**
Overhaul and improve (Main Deck, SB & PS, frame 50)
(# 9.1)

| | | | | | |
|---|---|---|---|---|---|
| | 4,00 hrs. forklift | à | 65,00 | 260,00 | |
| | | | | | 260,00 |

**251**     **Conversion "Beachclub"**
1. Modification SPA area
2. Development of a Beach Club
3. Conversion of the existing sauna beneath the exterior steps
   to a day head
4. Stor in Toystore aft
(# 1.10)

Insulation works of company Lethe (have been in negotiation)          20.476,23

| | | | | | |
|---|---|---|---|---|---|
| | 3,00 hrs. carpenter | à | 52,00 | 156,00 | |
| | 1,00 hr. electrician | à | 52,00 | 52,00 | |
| | 1,00 hr. lathe work | à | 60,00 | 60,00 | |
| | 52,75 hrs. mechanical engineer | à | 52,00 | 2.743,00 | |
| | 3,00 hrs. mechanical foreman | à | 60,00 | 180,00 | |
| | 12,00 hrs. shipbuilder | à | 52,00 | 624,00 | |
| | 173,75 hrs. shipfitter | à | 52,00 | 9.035,00 | |
| | 9,50 hrs. shipfitter foreman | à | 60,00 | 570,00 | |
| | | | | | 33.896,23 |

**253**     **Cleaning of bilges in engine rooms**
As per agreed scope

external services / material
invoices as per list          1.770,78          1.770,78

**270**     **Painting of tenderboat cradles**
Replace mild steel by stainless steel
Keep existing wood, replace leather

external services / material
invoices as per list          7.626,39          7.626,39

**339**     **Overhaul of pump jet**

Acess works of insulation (invoice was in discussion)          1.058,75          1.058,75



**PETERS**
SCHIFFBAU

NEUBAU | UMBAU | REPARATUREN

| 453 | **Prepare berthing arrangement**<br>**Tugboat, lines men, gangway etc.** | | |
|---|---|---|---|
| | external services / material<br>invoices as per list | 271,98 | 271,98 |
| 460 | **Office facilities**<br>Provision of dock facilities incl. phones, fax and internet<br>7 mobilephones "Samsung M-110" monthly charge June | | |
| | connections | 1.874,05 | |
| | 2 headsets and 2 charging cables (lost by crew) | 22,17 | 1.896,21 |
| 483 | **Deliveries** | | |
| | external services / material<br>invoices as per list | 118,28 | 118,28 |
| 490 | **Gasfreeing of petrol and kerosine tank**<br>after inspection from company Alfons Haar<br>(# 2.25) | | |
| | external services / material<br>invoices as per list | 14.829,43 | |
| | material | 5,68 | 14.835,11 |
| 497 | **Bellatrix and Sirius off and on board** | | |
| | fixed costs for damaged trailer (risk at Peters Schiffbau) | 10.000,00 | 10.000,00 |
| | | | 137.455,21<br>e. & o.e. |

7 83700

The amount is payable within 7 days.
Additionally the amount of 200.000 Euro (second disagio for additional costs Prinz Technik regading
building group 180) is payable after the final acceptance of the deck and boat cranes.

Bank reference:
Sparkasse Westholstein 222 500 20
Acc. no. 74001629
IBAN: DE51 2225 0020 0074 0016 29
BIC (SWIFT): NOLADE21WHO
**VAT exemption**
VAT-free according to german law, VAT Act §§ 6/6a

GEBUCHT
2 3. AUG. 201?
Journ. Fol ...8 2 1

4