UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO. 10-62198-CIV-Cooke

PETERS SCHIFFBAU GmbH,

*Plaintiff*,

vs.

ASHCHURCH HOLDINGS, LTD.,

*Defendant.*

______________________________________/

**VERIFIED CLAIM OF OWNER AND RESTRICTED APPEARANCE CONCERNING THE RULE B ATTACHMENT OF THE VESSEL *M/Y LE GRAND BLEU***

The Defendant Ashchurch Holdings, Ltd. ("Ashchurch"), by and through undersigned counsel, pursuant to Supplemental Admiralty Rules B and C and the applicable Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida, hereby appears as the owner of the vessel *M/Y Le Grand Bleu,* her boats, tackle, apparel and furniture, engines and appurtenances. Ashchurch verifies that it was at the time of the filing of the Verified Complaint (DE 1) and the Amended Verified Complaint (DE 5), and still is, the true and bona fide sole owner of the vessel *M/Y Le Grand Bleu* (the "Vessel"), and that no other person is the owner thereof.[1]

[1] On November 15, 2010, the Plaintiff filed a Verified Complaint against both Ashchurch, *in personam*, and the Vessel, *in rem*. [DE 1]. The Complaint sought arrest of the Vessel pursuant to Supplemental Admiralty Rule C. *Id.* That same day, the Plaintiff filed an Amended Verified Complaint seeking attachment and garnishment of the Vessel pursuant to Supplemental Admiralty Rule B. [DE 5]. The Amended Verified Complaint did not seek any relief pursuant to Rule C. *Id.* The Court subsequently issued an Order directing the Clerk to issue a Warrant of Arrest as to the Vessel pursuant to Rule C, which the Clerk issued. [DE 10, 11]. Purusant to the

Pursuant to Supplemental Admiralty Rule E(8), this appearance is expressly restricted to the defense of the captioned claim, does not constitute an appearance for purposes of any other claim for which process is not available or has not been served, and is made with full reservation of all rights, objections, and defenses, including but not limited to objections to venue and jurisdiction, which may be available to Ashchurch, *in personam*, and/or the vessel *M/Y Le Grand Bleu*, *in rem*, none of which shall be deemed to have been waived.

**VERIFICATION**

Before me personally appeared Brett M. Berman, Esq., who after being first duly sworn, deposes and says:

1. That he is the attorney for Ashchurch Holdings, Ltd., the Claimant Owner of the attached vessel in the captioned cause, the vessel *M/Y Le Grand Bleu*.
2. To the best of the undersigned's knowledge, information, and belief, and based upon documentation and information provided to the undersigned by the Claimant Owner, Ashchurch Holdings, Ltd. is the owner of the vessel *M/Y Le Grand Bleu*.
3. Affiant further states that he has executed this verification on behalf of Ashchurch Holdings, Ltd. because there is no officer or director of Ashchurch Holdings, Ltd. within the jurisdiction of this Court.

---

Plaintiff's *ex parte* request, the Court on the same day issued another Order directing the issuance of Summons and Process of Attachment and Garnishment of the Vessel pursuant to Rule B, which the Clerk also issued (the Warrant for Arrest was not quashed or vacated). [DE 5, para. 18-19; DE 12, 13]. The United States Marshal apparently served the Process of Attachment and Garnishment on the Vessel on November 16, 2010. [DE 17]. The Rule C Warrant for Arrest In Rem was attached to the Process Receipt and Return, which sets forth that "any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed[.]" *Id.* Thus, although the Plaintiff's Amended Verified Complaint only seeks attachment of the Vessel pursuant to Rule B, Ashchurch respectfully files this Claim of Owner pursuant to the Rule C Arrest In Rem and the Rule B Attachment in an abundance of caution.



MALTZMAN FOREMAN, P.A., 2 South Biscayne Boulevard, Suite 2300, Miami, FL 33131 Tel: 305-358-6555/Fax: 305-374-9077

FURTHER AFFIANT SAYETH NOT.

Brett M. Berman, Esq.

SWORN TO and SUBSCRIBED before me this 30th day of November, 2010.

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE

SIMONE ARGY
Notary Public - State of Florida
My Commission Expires Apr 3, 2011
Commission # DD 658517
Bonded Through National Notary Assn.

Respectfully submitted,

**MALTZMAN FOREMAN, P.A.**

BY: ______________________

Jeffrey E. Foreman, Esq.
Florida Bar No. 0240310
jforeman@mflegal.com
Karina M. Cerda Collazo, Esq.
Florida Bar No. 626775
kcerda@mflegal.com
Brett M. Berman, Esq.
Florida Bar No. 68221
bberman@mflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Facsimile Transmission and/or Email and/or Regular U.S. Mail on this 30th day of November, 2010 on: see attached Service List.

BY: ______________________
Brett M. Berman, Esq.

**SERVICE LIST**
**CASE NO. 10-62198-CIV-Judge: Cooke/Magistrate Judge:**

Vincent O'Brien, Esq.
vobrien@marinelex.com
DeOrchis, Hillenbrand & O'Brien, LLP
8751 West Broward Boulevard
Suite 106
Fort Lauderdale, FL 33324
Phone: 954-652-0100
Fax: 954-652-0103
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@mflegal.com
Karina M. Cerda Collazo, Esq.
kcerda@mflegal.com
Brett M. Berman, Esq.
bberman@mflegal.com
Maltzman Foreman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*